# EXHIBIT A

**Cover Letter**

November 20, 2003

Ms. Kiya Smith
Tanana Chiefs Conference
122 First Avenue, Suite 600
Fairbanks, AK 99701

Dear Ms. Smith:

Oracle Corporation is pleased to provide Tanana Chiefs Conference with this proposal for Oracle's integrated solution for human resources, finance and materials management as described in the Request for Proposal dated October 13, 2003.

We are uniquely positioned to work with Tanana Chiefs Conference on this project:

- *We have a long and successful track record in government and healthcare.* We have referenceable customers who are already using Oracle 11i to deliver business results. Oracle Consulting knows the healthcare industry and what to expect given our experience with these projects.

- *The project will lay the foundation for continued realization of the benefits of Oracle's integrated e-Business Suite.* Implementing the foundation applications of Oracle Human Resources and Financials strongly positions Tanana Chiefs Conference to take advantage of additional functionality in future phases.

- *We can deliver significant capabilities quickly to allow* Tanana Chiefs Conference *to more quickly realize its anticipated return on investment from the project.* Our Application Accelerator implementation methodology balances a successful, comprehensive implementation with your business urgency, allowing you to realize the significant returns expected from the project. Compressed time frames are achievable because Tanana Chiefs Conference's requirements are addressed by Oracle's standard functionality, allowing us to leverage our built in best practices and business flows deliverable through our Application Accelerator implementation methodology.

The key components of our solution are:
- Oracle 11i Financials and Human Resources applications
- Oracle Consulting services for implementation, conversions and interface of our solution to other systems.

We are excited about working with Tanana Chiefs Conference on this important project. Please feel free to contact me by phone at (425) 637-3461 or by email at mike.arntz@oracle.com if you have any questions or comments about our proposal. Thank you for your consideration.

Sincerely,


Mike Arntz
Regional Vice President
Oracle Corporation