# EXHIBIT B

**Management Summary**

Provide a narrative summary of the proposal being submitted. This summary should identify all product(s) and/or service(s) that are being offered in the proposal. A brief description of the vendor's organization and its history may also be included. Cost figures should specifically not be stated in this section as cost information is to be submitted separately.

**Like all great companies, Tanana Chiefs Conference continually evaluates its operations in search of improvement opportunities.**

Until recently, software providers have built products that ignore end-to-end business processes and address only one component of a business process. This reality left customers with the burden of attempting to integrate disparate software from various vendors. The result has been massive investments in integration, redundant hardware environments, and duplicated data. Of course, Tanana Chiefs Conference understands this challenge all too well!

Like TCC, Oracle continually challenges itself to find better and more cost effective solutions. For example, four years ago Oracle took a bold step in totally rethinking its software products to be 100 percent web based. This approach leverages the Internet as a global network and centralizes information, enabling access from anywhere in the world with a standard web browser. In addition, Oracle's Applications modules were developed on a common database design and application framework to enable pre-integration. The result: rapid deployment and simplified maintenance at a lower cost. These were very bold moves by one of the software industry's true leaders, giving you best of business options to the "old way" of best of breed costly integrations.

Oracle's efforts have resulted in Oracle 11*i* – a globally integrated E-Business Offering. 11*i* is a comprehensive product line consisting of stand-alone Application Modules that can be integrated with third party solutions or used with other Oracle Applications "out of the box". A web based application suite running on a common application and database design to address the entire end-to-end business process is significantly more efficient and cost effective.

And analysts agree...
*"Oracle is embracing an integrated framework, leveraging a single-database architecture across multiple modules. The vendor will be well-positioned for success because companies recognize the cost and sanity benefits of a single enterprise data source." Andrew Goloboy, IDC, March 2001.*

In addition to this integrated philosophy, Oracle is the best choice for Tanana Chiefs Conference based on a number of other critical factors:

- Product capability
- Product extensibility
- Completeness of solution offering
- Implementation capability
- Implementation flexibility
- Global Support capability
- Support model flexibility
- Product "sustainability"
- Company "sustainability"

Many Alaska based businesses have recognized the value proposition of Oracle's 11*i* E-Business Suite: Golden Valley Electric, ASRC, NANA Development, Sealaska, and GCI are a few such examples. In addition, industry pundits and analysts such as Gartner Group, Meta Group and Tower Group have endorsed the 11*i* E-Business Suite message.

Oracle has the resources to stand behind this solution and continue to evolve it. Facing a slowing U.S. economy will impose new constraints and vulnerabilities on many small suppliers. It is critical to establish relationships with vendors who have the resources and fiscal viability to weather the storm. Oracle saved $1 billion in expenses by implementing its own integrated e-business software. We feel confident that Tanana Chiefs Conference will realize significant financial savings as well as higher quality of services through the implementation of this solution.

The solution outlined in the following pages directly addresses the Business Drivers and Key Requirements articulated by the Tanana Chiefs Conference evaluation committee during the Vendor Meeting. Some of the Business Drivers we heard included:
- Access to information
- Timely reporting capabilities
- Visibility to outlying villages
- Grants tracking
- Elimination of paper based processes
- Integrated communication between departments and lines of business
- Need to track progress of Grant applications
- The ability to track activity of Programs and tie expenses back to Grants
- Need more ad hoc reporting for HR

The solution Oracle proposes to address TCC's issues builds upon three foundations of Oracle product offerings: Technology Stack, eBusiness Applications Suite, and Oracle Consulting Services.

Oracle is proposing Tanana Chiefs Conference utilize the Oracle database and associated tools to implement the Oracle eBusiness Suite of Applications. Residing within the suite, Human Resources and Financials are the anchor modules for the

Oracle solution. To further demonstrate our ability to execute on the requirements of Tanana Chiefs Conference, we have also included data sheets of the specific modules within the umbrella application directly relating to the various sections within your requirements.

The eBusiness suite has been architected to work tightly together with the modules comprising the entire Oracle product offering. By offering our customers application integration in an "out of the box" fashion, Oracle can offer customers an unparalleled Return on Investment. Customers no longer need to spend dollars and internal resources maintaining complex integration points between disparate software applications. Information is available to anyone with a Web browser; and the information accessed is accurate and timely. Upgrades are also become much easier to accomplish as well.

Oracle Consulting has been proposed as the organization to work with Tanana Chiefs Conference to implement the proposed solution. With years of experience and thousands of implementations under its belt, Oracle Consulting provides not only a track record of success; we also can assist in Business Process re-engineering as well. The entire package delivered by Oracle Consulting will offer a tremendous reduction in risk associated with this project. We believe that no other vendor could provide TCC with the track record, expertise, and stability that Oracle offers Tanana Chiefs Conference.

Tying the whole solution together is the training provided by Oracle University. Customers often take a blended approach to end user training in projects similar to TCC's, and this is what we have outlined here. Oracle proposes specific classes for a Core Team of users. These "Super Users" will then have input as to the specific training curriculum that the TCC Business units will need to use the tools in their environment. The Core Team will then lead the training endeavors for the end users. Also, Oracle has proposed using on-line training to supplement the user training experience.

Oracle is excited to participate in the Accounting and HRIS project for Tanana Chiefs Conference. We look forward to continuing the progression of our partnership, and stand ready to activate any resource under our command to assure TCC of our ability to execute on this endeavor.