# EXHIBIT F



ORDERING DOCUMENT          Number: US-427287-OD-17-MAR-2004

Customer Name: TANANA CHIEFS CONFERENCE (TCC)
Customer Address: 122 First Avenue, Suite 600
                     Fairbanks, AK 99701

Oracle Corporation
500 Oracle Parkway
Redwood Shores, CA 94065

---

### O R A C L E   C O N T R A C T   I N F O R M A T I O N

Master Agreement:          Oracle Services Agreement Number: US-427287-OSA-01-APR-2004

This ordering document incorporates by reference the terms of the master agreement specified above and all amendments thereto (the "agreement"). As used in this ordering document, "you" or "your" shall refer to the customer as defined in the master agreement.

---

The effective date of this ordering document is 17-MAR-2004.

## A.  SERVICES

You have ordered the services listed below in the table and detailed in the attached exhibit(s) which are incorporated lerein by reference.

All fees on this ordering document are in US Dollars.

| Services | Reference | Fees* |
|---|---|---|
| Time and Materials Services | Exhibit 1 – TME – 300098831 | $899,739.00 |
| E-Consulting Hosting and Pre-Production Administration Services | Exhibit 2 – ECH - 300098831 | $66,563.00 |
| **Total Fees** | | $966,302.00 |

*Expenses are in accordance with the referenced exhibit(s)

All fees payable to Oracle are due within 30 days from the invoice date. Invoices for each service will be provided separately. Fees for any time and materials engagements listed above are estimated fees, as detailed in the referenced time and material services exhibit(s)

## B.  ADDITIONAL TERMS

1.  <u>Segmentation.</u> You acknowledge that the services acquired hereunder were bid by Oracle separately from any Oracle program licenses. You understand that you have the right to acquire services without acquiring any Oracle program licenses, and that you have the right to acquire the services and any Oracle program licenses separately.

OD_V120103

Exhibit F

2.   Contract Management.
Oracle Contracts Manager/Administrator:

| Name: | Debra Sandoval |
|---|---|
| Address: | 1001 Sunset Blvd. |
| | Rocklin, CA 95765 |
| Phone: | 916 315 4558 |
| Fax: | 916 315 4558 |
| Email: | Debra.sandoval@oracle.com |

Your Billing/Accounts Payable Contact:

| Name: | Jesse Fogelboch |
|---|---|
| Address | 122 First Avenue, Suite 600 |
| | Fairbanks, AK 99701 |
| Phone: | |
| Fax: | |
| Email: | jfogelboch@tananachiefs.org |

3.   Order of Precedence.  In the event of any inconsistencies between (i) the agreement and this ordering document, this ordering document shall take precedence, and (ii) this ordering document (excluding exhibits) and any attached exhibits, the exhibits shall take precedence.

4.   Change Control Process.  Any request for any change in services must be in writing; this includes requests for changes in project plans, scope, specifications, schedule, designs, requirements, service deliverables, software environment or any other aspect of your order.  Oracle shall not be obligated to perform tasks related to changes in time, scope, cost, or contractual obligations until you and Oracle agree in writing to the proposed change in an amendment to this ordering document.

Oracle normally processes your order after receipt of a purchase order. If you are unable to issue a purchase order for the services ordered hereto for an amount up to the total fees specified in Section A above, please check the appropriate box below:

☐ **TANANA CHIEFS CONFERENCE** does not issue purchase orders.
☐ **TANANA CHIEFS CONFERENCE** does not require a purchase order for the services ordered hereto.
☒ A purchase order will be issued within 30 days from the effective date of this order.

The information provided above is accurate and complies with your business practices in making this purchase, including obtaining all necessary approvals to release the funds for this purchase.  The signature below affirms your commitment to pay for the services ordered in accordance with the terms of this ordering document.

This quote is valid through 24-MAR-2004 and shall become binding upon execution by you and acceptance by Oracle.

**TANANA CHIEFS CONFERENCE**

Authorized Signature:

Name: ROBIN A ROSNROE

Title: CHIEF ADMINISTRATIVE OFFICER

Signature Date: 4/1/04

**ORACLE CORPORATION**

Authorized Signature.

Name: ROBERT C BAGNULO
SR. CONTRACTS MANAGER

Title:

Signature Date: 8 April '04

RECEIVED BY

APR 1 9 2004

TCC ADMINISTRATION

OD_V120103

# ORACLE

## TIME AND MATERIALS EXHIBIT

Number: _____

*Erh. 1-TME - 3000 9EE31*

### ORACLE CONTRACT INFORMATION

Customer Name: **Tanana Chiefs Conference (TCC)**
Ordering Document Number: *US- 42 7287- OD - 17- MAR- 2004*

This exhibit incorporates by reference the terms of the ordering document specified above.

1. **Description of Services.** Oracle will provided up to 3,768 hours to assist TCC with the implementation of the Flows listed below. The list includes processes that are in scope and those that are out of scope.

- **People to Paycheck**

    **In Scope:**
    - Establish New Worker (New Hire)
    - Manager Worker Data (Transfers, Promotions)
    - Maintain Personnel Data
    - Maintain Employee Payroll Data
    - Maintain Jobs
    - Maintain Grades
    - Enter Time in Payroll (Batch Element Entry)
    - Run Payroll Processes
    - Maintain Earnings (up to 20 separate earnings)
    - Maintain Deductions (up to 20 separate deductions)
    - Maintain Benefit Deductions via Payroll
    - Leave Time Off Rules (up to 5 separate rules)

    **Out of Scope:**
    - Time Entry via Oracle Time and Labor
    - HRMS Employee Self Service
    - HRMS Manager Self Service
    - HR Ancillary Maintenance (e.g., education, certifications)
    - Position Control
    - HR Position Budgeting
    - Advanced Benefits Administration
    - Standard Benefits Administration
    - Recruitment and Applicant Tracking

- **Accounting to Financial Reports**

    **In Scope:**
    - Record Requisitions with Requisition Approval
    - Enter Multiple types of Purchase Orders with Purchase Order Approval

TME_V120103

- Receive and Return Goods and Services
- Enter Supplier Invoices and Match to a Purchase Order
- Create Recurring Invoices and Approve for Payment
- Place and Remove Invoice Holds
- Process Supplier Credit and Debit Memos
- Modify Existing Invoice Distributions
- Issue Supplier Payments
- Enter Employee Travel Advance Invoice
- Issue Employee Advance Checks
- Transfer and Reclassify Fixed Assets
- Calculate Asset Depreciation
- Ability to Transfer Asset Invoices to Assets for Processing
- Ability to Record Bank Statements and Match to Checks and Deposits
- Ability to Transfer Subledger Transactions in Detail or Summary to the General Ledger
- Ability to Enter Manual Journal Entries
- Ability to Define and Generate Recurring Journal Entries
- Ability to Reverse Prior Period Accruals and Generate Reversing Entries
- Ability to Review and Post Journal Entries in the General Ledger
- Definition of a New Accounting Flexfield (Chart of Accounts)
- One Day (8 hrs) to Train and Demonstrate the Creation of Financial Statement Generator (FSG) Report Components, Creating an FSG and Using Application Desktop Integrator (ADI)
- One Day (8 hrs) to Train and Demonstrate Cross Validation Rules, Security Rules, Summary Accounts and Mass Allocation Setup and Definition

**Out of Scope:**
- Automate Travel Expense Process and Workflows
- Automatically Interface Bank Statements into Cash Management Application
- Automated Bank Reconciliation
- Implementation of Public Sector Budgeting Organization Hierarchy, Budget Worksheet Definition and TCC Specific Setups
- Creation of Financial Statement Generator Reports
- Creation of Cross Validation Rules, Security Rules, Summary Accounts and Mass Allocations

❑ **Project to Closeout**

**In Scope:**
- Enter Manual Customer Invoices, Debit and Credit Memos (Accounts Receivable)
- Remit Customer Receipts (Bank Deposits)

**Out of Scope:**
- Plan to Project Budget
- Project Execution to Asset
- Time Collection to Project Execution

TME_V120103

- Project Execution to Invoice
- Analysis to Project Closure

❑ **Grant Accounting Option**

**In Scope:**
- Define Project (Scope, Schedule, Plan)
- Create Project Template(s) and Work Breakdown Structure (WBS)
- Define Project Details
- Approve Project
- Define Award Template(s)
- Fund Projects and Tasks
- Define Award Budgets (Submit Budget, Baseline Budget)
- Create Allowed Cost Schedules
- Create Burdening (Structures, Schedules)
- Manage Project Commitments (Requisitions, Purchase Orders)
- Manage Project Expenditures
- Review Expenditures (Expenditure inquiries, Project Status Inquiries (PSI), Award Status Inquiries (ASI))
- Create Customer Invoices (Interface to Accounts Receivable)
- Generate Revenue (Interface to General Ledger)
- Close Award(s)
- Close Project(s)

**Out of Scope:**
- Workflow configurations
- TCC extensions
- Customizations

Oracle will configure the applications below only to the extent they are required to be configured to support the basic functionality of the Flows identified above. In the interest of the project schedule, no other configuration will be completed during this engagement by either Oracle or TCC.

- ❑ General Ledger
- ❑ Cash Management
- ❑ Assets
- ❑ Receivables
- ❑ Payables
- ❑ Purchasing
- ❑ Project Costing
- ❑ Project Billing
- ❑ Time and Labor
- ❑ Grant Accounting
- ❑ HR
- ❑ Payroll

TME_V120103

2. <u>Your Obligations and Project Assumptions</u>   You acknowledge that your timely provision of and access to office accommodations, facilities, equipment, assistance, cooperation, complete and accurate information and data from your officers, agents, and employees, and suitably configured computer products (collectively, "cooperation") are essential to the performance of any services as set forth in this exhibit.  Oracle will not be responsible for any deficiency in performing services if such deficiency results from your failure to provide full cooperation.  You are responsible for obtaining any consents required for Oracle to perform services under this exhibit, and to allow Oracle to post, at any site at which services are performed, any documents necessary for Oracle to provide services in compliance with the law.

You acknowledge that Oracle's ability to perform the services and any estimate related depends upon the following project assumptions and your fulfillment of the following obligations:

A.  <u>Your Obligations</u>
   • Fulfilling the responsibilities as identified in Exhibit A.
   • Providing a full-time Project Manager to work with the Oracle Project Manager; to ensure fulfillment of the responsibilities specified in Exhibit A.
   • Designating an Executive Sponsor. The Executive Sponsor will be TCC's overall leader for the project.
   • Forming an Executive Steering Committee to provide project oversight, issue resolution, and policy decision.
   • Ensuring that the Oracle Project Team has reasonable access to TCC's personnel as needed to complete project tasks.
   • Providing functional and technical team members with specific subject matter knowledge and decision-making authority to support the implementation efforts as identified in the detailed project work plan.
   • Selecting all configurations and setups during the conference room pilots within the constraints of the basic Flows functionality without extending the dates of the conference room pilots.
   • Acquiring licenses for the required Oracle software and obtaining relevant Oracle Worldwide TCC Support information before the project start date.
   • Loading Oracle TCC and server software.
   • Providing a technical environment including infrastructure and technical staff that will not delay the project; providing a qualified Oracle Applications DBA to the project full time.
   • Designing, building and testing all data conversion and interfaces.
   • Maintaining a secured reference library with a Technical Reference Manual (TRM) for each Oracle Application being implemented.
   • Designing, developing, and testing of any changes to legacy systems that will be required because of the implementation of the Oracle Applications.
   • Developing final test case scenarios and executing those scenarios during System Test (Oracle will supply preliminary business test case scenarios for each conference room pilot System Test).
   • Provided administrative management support such as maintaining the MS Project Plan, and various logs.

B.  <u>Project Assumptions</u>

General.
   • Oracle assumes the contract will be signed and the project will start 29 March 04.
   • TCC will align business processes with basic functionality of the four Flows. When a current TCC business process does not match the capabilities of the best practices built into the Oracle Flows, TCC will reengineer their business processes to match the Oracle Flows processes. Oracle may provide recommendations but formal business process reengineering is not a part of Oracle's scope of services.   The project work plan schedule will be maintained.
   • Services provided in this proposal do not include customizations, modifications, or extensions to the Oracle Applications.

TME_V120103

- Oracle's ability to perform services is dependent on TCC's ability to make decisions in a timely and efficient manner. TCC recognizes that strong Executive Sponsorship of this project will facilitate the timely and efficient decision making process. All setup decisions must be made during the CRPs.
- Oracle Applications will be installed with the base language of English.
- Oracle will provide TCC with standard Oracle Application test scripts; TCC is responsible for development of test scripts that are specific to TCC's processes and requirements.
- Services will be provided via an Oracle office location or TCC's site in Fairbanks, Alaska.
- Estimates include project team training via participation in conference room pilots; assumes TCC will provide end user training through a train-the-trainer approach.
- TCC is responsible for custom training and reference documentation.
- TCC is responsible for change management processes to support adoption of the system within TCC.
- TCC will make decisions regarding approaches to business processes in a timely and efficient manner. Escalated issues that affect team scope, cost, or schedule will be resolved within 2 business days.
- TCC will have both functional and technical resources assigned to the project on a full or part-time basis as specified by the project plan.

## Infrastructure and Technical Support Obligations

- TCC will provide trained resources for post-production support.
- TCC will provide and support a technical architecture/infrastructure throughout the implementation process that supports the development, testing, training and production environments. In addition, TCC is responsible for providing all backup and recovery operations
- TCC will assign a full time DBA to the project qualified in the support of Oracle databases and Applications throughout the duration of Services who will be responsible for the installation, patches, resolving technical issues, etc
- Data will be manually converted from legacy systems as necessary. TCC is responsible for performing all manual data input and conversions.
- TCC resources are responsible for any integration or interfaces to other systems.
- TCC will have the necessary hardware and network infrastructure in place prior to the project kick off.

## Training and Testing Obligations

- TCC is responsible for all end-user training.
- TCC will prepare all end-user training materials and train end-users according to the Work Plan.
- TCC is responsible for the development of end-user procedure manuals.
- TCC is responsible for developing user test plans and for executing all test scripts.
- TCC is responsible for the modification to any standard test scripts provided by Oracle.
- TCC is responsible for performance testing.
- TCC is responsible for the design, development, and testing of any changes to legacy applications that will be necessitated by the implementation.
- TCC is responsible for technical training for hardware and operating system infrastructure.
- Providing adequate work facilities for the Oracle Consultants, including PCs, phones, dial-out capability, and access to any internal TCC project management networks and/or software. TCC will provide secured file cabinet space for use by the Oracle Consultants, which will not be publicly available to the entire Project Team. These facilities will be at no cost to Oracle.
- TCC has the legal right to use all third-party products that will be used by the Project Team (such as Microsoft Office, workstation and server operating systems, etc.), and that all support/maintenance agreements for those products are in good standing. In the event that an issue arises regarding rights to use, TCC will indemnify Oracle against any claim associated with such issue. TCC staff is competent in many areas including data conversion, developing interfaces, and testing and will, therefore, be able to complete these tasks according to the project schedule.

TME_V120103

- TCC is acquiring the current production release of the Oracle Applications. This will be the release that goes into production.
- Following the completion of each conference room pilot, Oracle and TCC will immediately update the applications setups; if all decisions were not made within the time constraints of each conference room pilot the applications will be configured based on the best practices included with the basic functionality of the Flows.
- The basic functionality of the Flows will be implemented. This allows a degree of flexibility to configure the applications. However, there are advanced Flows capabilities that may be discussed during the project. They may or may not be of future interest to TCC. These advanced capabilities are not included in this project.
- Any contracted personnel (other than Oracle) provided by TCC are authorized to represent TCC and will be empowered to make decisions and will be covered by a confidentiality agreement by TCC.
- Neither Oracle nor TCC will develop any customized extensions during the course of this project. Should TCC, for example, decide to develop a custom report, that report will be developed, tested and implemented after the completion of this project.
- It is Oracle's intent to provide consistency in staffing. However, to minimize costs to TCC, Oracle will introduce specific skill sets or release an Oracle consultant from the project whose skill set is not needed at the time. Additionally, although the Oracle project manager will have responsibility for the completion of Oracle deliverables, the project manager will not be required to be on site at TCC at all times. Some of the management can be conducted remotely which is a savings in expenses. Oracle assumes approximately half time on site.
- Oracle's work on the configuration of the basic Flows functionality will continue on the project schedule whether TCC work (such as interfaces) is completed on schedule or not.
- Oracle will honor all holidays honored by Oracle or TCC, although with concurrence, may choose to work on holidays and weekends.
- Oracle Consultants are encouraged to attend one week of training per quarter in order to maintain and enhance their skills. They are also permitted two to three weeks of vacation per year, depending on their length of employment with Oracle. Oracle Consultants will make reasonable efforts to schedule training sessions and vacation to avoid project conflicts.
- The Fee has been derived using the following criteria:
  - TCC will require one set of books, one organization, and one business group for all departments
  - TCC will require an English-only implementation
  - One currency, the US Dollar, will be used
  - TCC pays its employees using one Government Reporting entity, i.e. one federal tax identification number
  - The core applications come seeded with workflow approvals that will be used in the implementation.
- Oracle assumes TCC project team members will learn at least basic applications capabilities through Oracle Education courses before the first conference room pilot and will sufficiently supplement that knowledge as outlined in the Training Plan.
- The cost of Oracle Education courses are not included under this EC. Customized training materials are not included in the Services under this EC.
- TCC will ensure that all data coming from legacy systems is reconciled and free of error, prior to converting it to an Oracle format.
- TCC will use Oracle-provided open interfaces where possible.
- If a Deliverable is delayed as a result of TCC's failure to complete Task(s), assigned to TCC, TCC agrees to pay current time and materials rates for Oracle's increased costs in providing Services. Such increased costs may include time during which Oracle consultants are under-utilized because of delays caused by TCC's failure to complete a Task(s).
- TCC has approximately 600 employees

3. <u>Rates, Estimated Fees and Expenses.</u> The services specified above are provided on a time and materials ("T&M") basis; that is, you shall pay Oracle for all of the time spent performing such services, plus materials, taxes and expenses.

For a period of one year from the effective date of the ordering document, the services described above will be provided at the rates set forth in the table below

The fee estimate for labor performed under this exhibit is seven-hundred, sixty-nine thousand, two-hundred and thirty-nine dollars ($769,239) plus actual travel, living and out of pocket expenses estimated to be one-hundred and thirty-three thousand and five-hundred dollars ($130,500). These estimates and any other estimates related to this exhibit are intended only to be for your budgeting and Oracle's resource scheduling purposes; these estimates do not include taxes. Oracle will invoice you for actual time spent performing the services, plus materials, taxes and expenses; such invoice may exceed the total estimated amount documented above. Once fees for services reach the estimate, Oracle will cooperate with you to provide continuing services on a T&M basis.

The parties acknowledge that temporary living reimbursements to Oracle consultant(s) may be deemed compensatory under federal, state, and local tax laws if a consultant's assignment in a particular location will exceed or has exceeded one year. Where reasonably possible, Oracle will plan with you to limit the duration of a consultant's assignment in a particular location to less than one year. If your requirements are such that it becomes necessary for a consultant's services in a particular location to continue for a year or more and as a result, the reimbursement of such consultant's living expenses are deemed compensatory for tax purposes, then, you agree to pay Oracle the amount of additional compensation provided to such Oracle personnel to compensate for taxes imposed therefore.

**RATE TABLE**

| | | | | |
|---|---|---|---|---|
| Technical Director | $436.00 | $262.00 | 840 | $220,080 |
| Technical Manager | $414.00 | $248.88 | | $0 |
| Managing Principal | $349.00 | $209.75 | | $0 |
| Senior Principal | $349.00 | $209.75 | 1304 | $273,514 |
| Principal | $306.00 | $183.88 | 928 | $170,636 |
| Senior | $251.00 | $150.88 | 696 | $105,009 |
| Labor Totals | | | 3,768 | $769,239 |
| Estimated Expenses | | | | $130,500 |
| Total of Labor and Expenses | | | | $899,739 |

4. <u>Project Management.</u> You and Oracle each agree to designate a project manager who shall work together with the other party's project manager to facilitate an efficient delivery of services. Oracle Project Manager will:

o   Develop a project plan in the beginning of the project to include key milestone dates for executive tracking purposes.

o   Provide a weekly report to include progress made that week, issues, hours, and revenue expenditures.

TME_V120103



FME_V120103

# ORACLE

**E-CONSULTING HOSTING AND PRE-PRODUCTION ADMINISTRATION SERVICES EXHIBIT**

**Number: Exhibit 2 – ECH - 30009883**

## ORACLE CONTRACT INFORMATION

Customer Name:
Ordering Document Number:

TANANA CHIEFS CONFERENCE (TCC)
US-427287-OD-17-MAR-2004

This exhibit incorporates by reference the terms of the ordering document specified above

1. <u>Scope of Services.</u> Oracle will provide to you the e-Consulting hosting and pre-production administration services marked directly below. You will be charged in accordance with the type and number of services selected. The description, assumptions and your obligations for each service listed below are contained in this exhibit and Oracle's e-Consulting hosting and pre-production administration service access policies, which are subject to change. You may access the current version of these policies at: http://oracle.com/consulting/policies/econsulting_hosting_services.html.

☒ Hosted Server Access
☒ Pre-Production Administration Services
☒ Network Services

If you have selected Hosted Server Access or Pre-Production Administration Services, Oracle will provide the selected services for the project infrastructure environment specified in *Services, Quantities and Specifications*, below. If you have not selected Hosted Server Access, Oracle will provide the selected services, contingent upon you arranging server resources and services that (a) comply with Oracle's recommended hardware and network requirements for supported Oracle programs, and (b) meet adequate service levels and response times.

2. <u>Rates and Estimated Fees.</u> For a period of one year from the effective date of the ordering document, the services will be provided at the following cost per calendar month/per business day for any partial calendar month:

|  | Fee Per Calendar Month |
|---|---|
| Pre-Production Administration Services | $7,312.60 |
| Hosted Server Access | $4,500.00 |
| Network Services | $1,500.00 |
| Total Monthly Fee | $13,312.60 |

Services will be deemed to have commenced upon the later of the start date specified in *Services, Quantities, and Specifications*, below or: (i) for Hosted Server Access, the first day that you may connect to the server (e.g. through dial-up connection, e-Consulting hosting and pre-production administration access, VPN, or otherwise); (ii) for Pre-Production Administration Services, the first day of availability for the first database instance; (iii) for Network Services, the first day you are able to access the server.

e-Consulting hosting and pre-production administration services and the related fees are independent of services by any group other than Oracle Consulting Services and/or any services under other (if any) ordering documents and their related fees  Following the first anniversary of the effective date of this ordering document, Oracle and you will agree in good faith to rates for services performed under this exhibit.

ECH_V120103_lu_112403

The parties currently estimate that the services specified above will commence on the date specified in *Service Quantities, and Specifications* and conclude on or about 31 August 04. The estimate for services under this exhibit Sixty Six Thousand Five Hundred Sixty Three Dollars ($66,563.00). This estimate and any other estimates related this exhibit are intended only to be for your budgeting and Oracle's resource scheduling purposes; these estimates d not include materials or taxes. Once fees for services reach the estimate, Oracle will cooperate with you to provid continuing services on a monthly basis.

3. <u>Your Obligations/Oracle Assumptions.</u> The services under this exhibit are strictly limited to setting up and maintaining availability of the specified test or development project infrastructure environments for you. The services do not include support for production hosting environments and do not include licenses for or configuration of Oracle programs, data entry or conversion, custom coding or technical support for Oracle programs or for any third-party software, or any training or education services with respect to Oracle products and/or services. The services are independent of any time and materials or fixed price consulting services specified in the ordering document or separate ordering documents.

You may acquire some or all of the services listed above and may terminate each of the services separately and on the same or different dates, provided that:
i.   Each service termination is performed in accordance with the termination section of this exhibit, and
ii.  At all times during the term of this exhibit, you must purchase a minimum of $5,000 per month in consulting labor services from Oracle either under this exhibit (Pre-Production Administration Services is the only service in this exhibit which qualifies as consulting labor services) or under a separate exhibit to this ordering document or a separate ordering document. Should you fail to purchase this minimum level of consulting services from Oracle in any given month, this exhibit and performance of any remaining services selected by you may be terminated by Oracle, in accordance with the termination provision of this exhibit.

You acknowledge that the scope of services defined in this exhibit, and any estimates related to such services, are contingent on the assumptions listed in this section and Oracle's e-Consulting hosting and pre-production administration service access policies.

You are responsible for having appropriate licenses for all software necessary for the performance of the services hereunder prior to the commencement of services and throughout the term of this exhibit. Oracle is not responsible for providing or supporting third-party software in connection with the e-Consulting hosting and pre-production administration services.

4. <u>Project Management.</u> You and Oracle each agree to designate a project manager who shall work together with the other party's project manager to facilitate an efficient delivery of services.

5. <u>Termination.</u> Either you or Oracle may terminate Oracle's services hereunder at any time upon 30 days prior written notice without cause. The effective date of termination shall be the end of the thirtieth day after you or Oracle receives written notice of termination; you are responsible for all fees that accrue through the effective date of termination.

6. <u>Services, Quantities, and Specifications.</u>

| *Hosted Server Access and Pre-Production Administration Services:* | |
|---|---|
| Start Date for Hosted Server Access: | 29 March 04 |
| Start Date for Pre-Production Administration Services: | 29 March 04 |

ECH_V120103_lu_112403

| | |
|---|---|
| Your principal office location: | TCC – Fairbanks, Alaska |
| Programs/versions: | Oracle Applications 11.5.9 (Flows) |
| Server Operating System: | Linux |
| Number and Type of Instances: | Three (Development, Test, Production) |
| Support Language: | |
| Total Disk Storage Requirement: | 80 GB / Instance |
| Total Number of Named Users: | 20 Concurrent Users per Instance |

| | |
|---|---|
| Network Services: | |
| Start Date for Network Services: | 29 March 04 |
| Quantity and Type of Network Equipment for your "loaner" use: | N/a |

ECH_V120103_lu_112403