Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for DENA' NENA' HENASH, INC.
d/b/a TANANA CHIEFS CONFERENCE

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, an Alaska non-profit corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>ORACLE CORPORATION, a Delaware corporation,<br><br>      Defendant. | Case No. _____<br><br>CORPORATE DISCLOSURE STATEMENT |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Plaintiff DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, an Alaska non-profit corporation, certify that it has no parent companies and is not aware of any beneficial owner of more than ten percent of its stock.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

DATED this 23rd day of February, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: /s/ Jahna M. Lindemuth
Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, Alaska 99501-5907
lindemuth.jahna@dorsey.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of February, 2006, a true and correct copy of this document was served by certified mail on:

Oracle Corporation
c/o Registered Agent
Corporation Service Company
801 W. 10th Street, Ste. 300
Juneau, Alaska 99801

By: /s/ Jahna M. Lindemuth
Jahna M. Lindemuth, ABA #9711068
Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

CORPORATE DISCLOSURE STATEMENT                     Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs
                                                   Conference v. Oracle Corporation
Page 2                                             CaseNo. _____