Jahna M. Lindemuth,#9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
Telephone:    (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for Plaintiff
DENA'NENA'HENASH,INC. d/b/a
TANANA CHIEFS CONFERENCE, an
Alaska non-profit corporation,

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENA'NENA'HENASH,INC. d/b/a TANANA CHIEFS CONFERENCE, an Alaska non-profit corporation,<br><br>Plaintiff,<br>vs.<br><br>ORACLE CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 4:06-CV-00006 RRB<br><br>NOTICE OF ADDITIONAL EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT |

NOTICE is hereby given, that Plaintiff Dena'Nena'Henash, Inc. d/b/a Tanana Chiefs Conference ("Plaintiff") and Defendant Oracle Corporation ("Defendant") have agreed that Defendant may now have until June 15, 2006, to move, answer or otherwise plead in response to the Plaintiff's Complaint in order to allow the parties additional time to discuss settlement.

DATED this 10th day of May, 2006, at Anchorage, Alaska.

                DORSEY & WHITNEY LLP
                Counsel for Plaintiff

                By:   /s/ Jahna M. Lindemuth
                    Jahna M. Lindemuth, ABA #9711068
                    DORSEY & WHITNEY LLP
                    1031 West Fourth Avenue, Suite 600
                    Anchorage, AK 99501-5907
                    (907) 276-4557
                    lindemuth.jahna@dorsey.com

CERTIFICATE OF SERVICE

This certifies that on the 10th day of May, 2006, a copy of the foregoing document was served on:

DAVID E. GARRETT (CA Bar #190923)
Attorneys for Defendant ORACLE CORPORATION
500 Oracle Parkway, MS 5op7
Redwood City, CA  94065

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

    /s/ Jahna M. Lindemuth
Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
lindemuth.jahna@dorsey.com

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

NOTICE OF ADDITIONAL EXTENSION OF TIME TO ANSWER         Case No. 4:06-CV-00006 RRB
Page2 of 2         *Tanana Chiefs v. Oracle*