# EXHIBIT D

# ORACLE ORDERING DOCUMENT

**Your Name** TANANA CHIEFS CONFERENCE INC
**Your Location** 122 1st Ave Ste 600
FAIRBANKS
AK 99701

## ORACLE CONTRACT INFORMATION

**Agreement** Oracle License and Services Agreement
**Agreement Name** Oracle License and Services Agreement V020304

This ordering document incorporates by reference the terms of the agreement specified above ("agreement").

## A. PROGRAMS

You have ordered the program licenses described below for use in the U.S., unless otherwise specified.
All fees on this Ordering Document are in US Dollars

| Product Description / License Type | Quantity | List Fee | Discount % | Net Fee |
|---|---|---|---|---|
| Discoverer Desktop Edition - Named User Plus Perpetual | 5 | | | |
| License | | 5,000.00 | 46 | 2,700.00 |
| Product Support | | 350.00 | 46 | 189.00 |
| Software Updates | | 750.00 | 46 | 405.00 |
| E-Business Suite 2003 Professional User - Professional User 2003 | 80 | | | |
| License | | 319,600.00 | 46 | 172,584.00 |
| Product Support | | 22,372.00 | 46 | 12,080.88 |
| Software Updates | | 47,940.00 | 46 | 25,887.60 |
| Grants - Application User Perpetual | 5 | | | |
| License | | 19,975.00 | 46 | 10,786.50 |
| Product Support | | 1,398.25 | 46 | 755.05 |
| Software Updates | | 2,996.25 | 46 | 1,617.97 |
| Internet Application Server Enterprise Edition - Processor Perpetual | 2 | | | |
| License | | 40,000.00 | 46 | 21,600.00 |
| Product Support | | 2,800.00 | 46 | 1,512.00 |
| Software Updates | | 6,000.00 | 46 | 3,240.00 |
| Internet Developer Suite - Named User Plus Perpetual | 1 | | | |
| License | | 5,000.00 | 46 | 2,700.00 |
| Product Support | | 350.00 | 46 | 189.00 |
| Software Updates | | 750.00 | 46 | 405.00 |
| Oracle Database Enterprise Edition - Processor Perpetual | 2 | | | |
| License | | 80,000.00 | 46 | 43,200.00 |
| Product Support | | 5,600.00 | 46 | 3,024.00 |
| Software Updates | | 12,000.00 | 46 | 6,480.00 |
| Payroll - Person Perpetual | 800 | | | |
| License | | 48,000.00 | 46 | 25,920.00 |
| Product Support | | 3,360.00 | 46 | 1,814.40 |
| Software Updates | | 7,200.00 | 46 | 3,888.00 |
| Self-Service Human Resources - Person Perpetual | 650 | | | |
| License | | 22,750.00 | 46 | 12,285.00 |
| Product Support | | 1,592.50 | 46 | 859.95 |
| Software Updates | | 3,412.50 | 46 | 1,842.75 |
| Time and Labor - Person Perpetual | 800 | | | |
| License | | 28,000.00 | 46 | 15,120.00 |
| Product Support | | 1,960.00 | 46 | 1,058.40 |
| Software Updates | | 4,200.00 | 46 | 2,268.00 |

1121891.TANANA CHIEFS CONFERENCE
INC.1.DARIN.SOLINSKY

Issued by ORACLE CORPORATION US-FEB-04
Page 1

Exhibit D

| Product Description / License Type | Quantity | List Fee | Discount % | Net Fee |
|---|---|---|---|---|
| iProcurement - Purchase Line Perpetual | 5000 | | | |
| License | | 25,000.00 | 46 | 13,500.00 |
| Product Support | | 1,750.00 | 46 | 945.00 |
| Software Updates | | 3,750.00 | 46 | 2,025.00 |

| CD Pack Description | Quantity | | | Net Fee |
|---|---|---|---|---|
| Oracle Database CD Pack for Microsoft Windows | 1 | | | 59.95 |
| Oracle Application Server CD Pack for Microsoft Windows | 1 | | | 59.95 |
| Oracle Developer Suite CD Pack for Microsoft Windows | 1 | | | 119.90 |
| Oracle Applications CD Pack for Microsoft Windows | 1 | | | 59.95 |
| Oracle Applications Update CD Pack for Microsoft Windows | 1 | | | 9.95 |

| | List Fee | Discount % | Net Fee |
|---|---|---|---|
| License Fees | 593,325.00 | 46 | 320,395.50 |
| Product Support Fees | 41,532.75 | 46 | 22,427.68 |
| Software Updates Fees | 88,998.75 | 46 | 48,059.32 |
| CD Pack Fees | 309.70 | | 309.70 |
| Net Fees | | | 391,192.20 |
| Total Fees | | | 391,192.20 |

B. **General Terms**

1. **Technical Support**

   Technical support consists of Software Updates, Product Support and/or other technical support services you may have ordered. Fees for technical support are due and payable annually in advance. Technical support acquired under this ordering document shall be for a period of 12 months. Technical support is effective upon shipment or from the effective date of this ordering document if shipment is not required.

2. **Miscellaneous**

   Section A of this ordering document specifies the CD pack(s) on the particular computer operating system requested by you, which have been shipped or currently are being shipped to you. Where shipment is required, Oracle shall deliver to the address specified by you on your purchasing document or when the purchasing document does not indicate a ship to address, Oracle shall deliver to your location, the CD pack(s) listed in section A that include 1 copy of the software media and 1 set of program documentation (in the form generally available), for each program licensed under this ordering document which is currently available in production release as of the effective date below. You shall be responsible for installation of the software. All fees due under this ordering document shall be non-cancellable and the sums paid nonrefundable, except as provided in the agreement. You agree to pay applicable media and shipping charges. Provided you continuously maintain Software Updates, additional CD packs for the programs provided under this ordering document may be ordered through the Oracle Store at the standard CD pack price. If you lose or damage the media containing a program licensed hereunder, upon your written notice Oracle will provide a replacement copy thereof, under Oracle's then-current technical support policies, for a media and shipping charge. The following shipping terms shall apply: FCA Shipping Point, Prepaid, and Add. These terms shall also apply to any options exercised by you.

   The program licenses provided in this ordering document are offered separately from any other proposal for consulting services you may receive or have received from Oracle and do not require you to purchase Oracle consulting services. You agree that you have not relied on the future availability of any programs or releases in entering into the payment obligations in this ordering document.

C. **Other**

1. **Customer Reference**

   In consideration of the discounts granted to you under this ordering document, Oracle may refer to you as a customer in sales presentations, marketing vehicles and activities. In addition you agree to become part of Oracle's reference program by working with a representative from Oracle Marketing to develop a customer profile for use on Oracle.com and for other promotional activities at Oracle's discretion. The profile will include a quote from an executive of your company and your company's logo.

D. **E-Business Suite 2003**

1. **Minimum Licensing Requirements**

   You are required to maintain professional user 2003 licenses for at least 10% of your employee population.

   Your employee population shall be defined as the total number of actual employees (regardless of whether they work full-time or part-time) as stated in your annual report if you are a publicly traded company or as certified in writing by an authorized representative for privately held companies.

   As of the effective date, you have met the minimum requirement for licensing the E-Business Suite 2003 Professional User based on your current employee population of 400. At the time your employee population first reaches 880 and each time thereafter that your employee population increases by 10% over the previous reported employee population, you will be required to verify to Oracle in writing that (i) you are still in compliance with the minimum licensing or (ii) you are not in compliance and will acquire additional licenses as necessary to comply with the minimum licensing requirements.

   The above is only a minimum licensing rule and you are always required to be licensed for your actual users.

2. **Program Purchasing Restrictions**

   Now that you have licensed the E-Business Suite 2003 Professional User, you acknowledge that you are no longer able to purchase those programs contained in the E-Business Suite 2003 Professional User on a per program basis with the exception of the Order Management program as described below. Any additional licenses needed for those programs contained in the E-Business Suite2003 Professional User must be purchased via the professional user 2003 and/or professional user 2003– external metrics with the exception of Order Management. Order Management may be purchased via the electronic order line metric.

3. **Included Programs**

   The programs specified on the attached e-business suite 2003 exhibit are included in the E-Business Suite 2003 Professional User.

| Technical Contact | TANANA CHIEFS CONFERENCE INC | Contract Administrator | TANANA CHIEFS CONFERENCE INC |
|---|---|---|---|
| Location | 122 1st Ave Ste 600<br>FAIRBANKS<br>AK 99701 | Location | 122 1st Ave Ste 600<br>FAIRBANKS<br>AK 99701 |
| Contact | Jesse Fogelboch | | |
| Phone | 907-452-8251 | Contact | Jesse Fogelboch |
| Email Address | jfogelboch@tananachiefs.org | Phone | 907-452-8251 |
| | | Email Address | jfogelboch@tananachiefs.org |

This quote is valid through February 27, 2004 and shall become binding upon execution by you and acceptance by Oracle.

| TANANA CHIEFS CONFERENCE INC | | ORACLE CORPORATION | |
|---|---|---|---|
| Signature | *(signed)* | Signature | *(signed)* |
| Name | Harold N. Brown | Name | MICHAEL GREENER |
| Title | President | Title | Sr. Manager, Commercial Contracts |
| | | Effective Date | February 27, 2004 |

## E-Business Suite 2003 Exhibit

| | |
|---|---|
| Intelligence | E-Business Intelligence |
| Marketing and Sales | Marketing, TeleSales, Field Sales |
| Order Management | Order Management |
| Logistics | Inventory Management |
| Procurement | Purchasing |
| Manufacturing | Discrete Manufacturing, Process Manufacturing |
| Service | TeleService, Service Contracts |
| Projects | Project Costing, Project Billing |
| Financial | Financials |
| Human Resources | Human Resources |