# EXHIBIT G

Aug-25-2004  09:32am   From-TCC ADMIN                          9074593884              T-591   P.001/002   F-901

# ORACLE®

## AMENDMENT

Number: One

### ORACLE CONTRACT INFORMATION

This amendment shall amend the Ordering Document Number US-427287-OD-17 MAR-2004, dated March 17, 2004, and all amendments and addenda thereto (the "agreement") between you and Oracle Corporation ("Oracle"). For purposes of this amendment, "you" or "your" as defined in this amendment shall have the same meaning as "Customer" or "Client" in the master agreement.

A. **AMENDMENT DETAILS**

1. You and Oracle hereby agree to amend the agreement as follows:

   The Time and material Exhibit TME-300098831 is modified to include the following addition Consulting services:

   Oracle will provide assistance in the development of the HRMS API Programs for Payment Methods, Elements, Salary, and Balances. TCC will develop the corresponding HRMS conversion staging tables and mapping expertise to their legacy HR/Payroll System.

   Extension Assumptions:
   - TCC is responsible for Project Management oversight for the period of time covered in the extension. Oracle's Project Manager will transition project plans, status reporting, Issue and risk management logs to the TCC Project Manager.
   - TCC is responsible for executing final testing activities in their test environment.
   - Oracle will transition HRMS conversion programs to TCC during the UAT/Parallel test phase.
   - TCC is responsible for modifications to the programs during the UAT/Parallel test phase.
   - TCC will be responsible for executing conversion programs in their production environment
   - TCC assumes full responsibility and ownership of the Oracle ERP system.

   This Amendment increases the Estimate Cost of the Time and Material Services as follows:

   |   | Labor | Expenses | Total |
   |---|---|---|---|
   | Basic OD | $769,239 | $130,500 | $899,739. |
   | Amendment One | $116,373 | $ 56,239 | $172,612 |
   | Revised Total | $885,612 | $186,739 | $1,072,351 |

2. You and Oracle hereby further amend the agreement as follows:

   This Amendment One is not to be construed or interpreted as a release or waiver by TCC of Oracle as to any claim, at law or in equity and under any applicable legal theory (including, but not limited to, contract, tort or strict liability).

A_V120103_lu_013004

EXHIBIT G

Page 1 of 2

## B. ADDITIONAL TERMS

1. **Order of Precedence.** In the event of any inconsistencies between the agreement and this amendment, this amendment shall take precedence.

Subject to the modifications herein, the agreement shall remain in full force and effect.

The effective date of this amendment is August 5, 2004.

---

Oracle normally processes your order after receipt of a purchase order. If you are unable to issue a purchase order for the services ordered hereto for an amount up to the total fees specified in Section A above, please check the appropriate box below:

☐ Tanana Chiefs Conference does not issue purchase orders.
☐ Tanana Chiefs Conference does not require a purchase order for the services ordered hereto.
☒ A purchase order will be issued within 30 days from the effective date of this order.

The information provided above is accurate and complies with your business practices in making this purchase, including obtaining all necessary approvals to release the funds for this purchase. The signature below affirms your commitment to pay for the services ordered in accordance with the terms of this ordering document.

This quote is valid through August 31, 2004, and shall become binding upon execution by you and acceptance by Oracle.

| TANANA CHIEFS CONFERENCE, INC | ORACLE CORPORATION |
|---|---|
| Authorized Signature: _[signature]_ | Authorized Signature: _[signature]_ |
| Name: Robert A. McGee | Name: ROBERT C BAGNULO / SR. CONTRACTS MANAGER |
| Title: Director of Finance & Administration | Title: |
| Signature Date: August 24, 2004 | Signature Date: 24 Aug '04 |



# ORACLE

---

**AMENDMENT**

**Number: Two**

**ORACLE CONTRACT INFORMATION**

This amendment shall amend the Ordering Document Number US-427287-OD-17 MAR-2004, dated March 17, 2004, and all amendments and addenda thereto (the "agreement") between you and Oracle Corporation ("Oracle"). For purposes of this amendment, "you" or "your" as defined in this amendment shall have the same meaning as "Customer" or "Client" in the master agreement.

---

### A. AMENDMENT DETAILS

1. You and Oracle hereby agree to amend the agreement as follows:

    This Amendment increases the Estimate Cost of the Time and Material Services by $195,200. A summary of the total funding is shown below:

    |               | Labor       | Expenses  | Total       |
    |---------------|-------------|-----------|-------------|
    | Basic OD      | $769,239    | $130,500  | $899,739    |
    | Amendment One | $116,373    | $ 56,239  | $172,612    |
    | Amendment Two | $142,750    | $ 52,450  | $195,200    |
    | Revised Total | $1,028,362  | $239,189  | $1,267,551  |

2. This Amendment Two is not to be construed or interpreted as a release or waiver by TCC of Oracle as to any claim, at law or in equity and under any applicable legal theory (including, but not limited to, contract, tort or strict liability).

### B. ADDITIONAL TERMS

1. <u>Order of Precedence.</u> In the event of any inconsistencies between the agreement and this amendment, this amendment shall take precedence.

Subject to the modifications herein, the agreement shall remain in full force and effect.

The effective date of this amendment is August 28, 2004.

Oracle normally processes your order after receipt of a purchase order. If you are unable to issue a purchase order for the services ordered hereto for an amount up to the total fees specified in Section A above, please check the appropriate box below:

☐ Tanana Chiefs Conference does not issue purchase orders.
☐ Tanana Chiefs Conference does not require a purchase order for the services ordered hereto.
☑ A purchase order will be issued within 30 days from the effective date of this order.

The information provided above is accurate and complies with your business practices in making this purchase, including obtaining all necessary approvals to release the funds for this purchase. The signature below affirms your commitment to pay for the services ordered in accordance with the terms of this ordering document.

This quote is valid through August 31, 2004, and shall become binding upon execution by you and acceptance by Oracle.

| TANANA CHIEFS CONFERENCE, INC | ORACLE CORPORATION |
|---|---|
| Authorized Signature: *[signature]* | Authorized Signature: *[signature]* |
| Name: Harold N. Brown | Name: ROBERT C BAGNULO ~~SR. CONTRACTS MANAGER~~ |
| Title: President | Title: _____ |
| Signature Date: 8/27/04 | Signature Date: 27 Aug '04 |

# ORACLE

<div style="border: 1px solid black; padding: 10px;">

## ORDERING DOCUMENT AMENDMENT THREE

### ORACLE CONTRACT INFORMATION

| | | |
|---|---|---|
| **Customer Name:** | TANANA CHIEFS CONFERENCE | Oracle Corporation |
| **Customer Address:** | 122 First Avenue, Suite 600 | 500 Oracle Parkway |
| | Fairbanks, AK 99701 | Redwood Shores, CA 94065 |

</div>

The effective date of this ordering document amendment three is 12-OCT-2004

## A. AMENDMENT DETAILS

1. Ordering Document Number US-427287-OD-17-MAR-2004. You and Oracle hereby agree to amend the ordering document as follows:

    A. Section A, Services

    | Services | Reference | Fees* |
    |---|---|---|
    | Time and Materials Services & Expenses | Exhibit 1 | $899,739 |
    | Ordering Document Amd. 1 | ODA1 | $172,612 |
    | Ordering Document Amd. 2 | ODA2 | $195,200 |
    | Ordering Document Amd. 3 | ODA3 | $328,513 |
    | **Total Fees** | | **$1,596,064** |

2. Exhibit1-TME-300098831

    You and Oracle hereby agree to amend Exhibit 1-TME to the agreement as follows:

    a. The Time and Materials Exhibit is modified to include the following additional Consulting services:

       i. Oracle will provide services to support Tanana Chiefs Conference during final testing and transition to production.

    b. Extension Assumptions

       i. TCC is responsible for Project Management oversight for the period of time covered in this extension.

       ii. TCC is responsible for executing final testing activities in their test environment.

ODA_V061404

Page 1 of 3

c. Rates, Estimated Fees and Expenses

Exhibit1-TME-300098831 is changed to include an additional $269,061 in Labor and $59,452 in expenses. A summary of total funding is shown below.

|  | LABOR | EXPENSES | TOTAL |
|---|---|---|---|
| Basic OD | $769,239 | $130,500 | $899,739 |
| Amendment One | $116,373 | $56,239. | $172,612. |
| Amendment Two | $142,750. | $52,450. | $195,200. |
| Amendment Three | $269,061. | $59,452. | $328,513. |
| TOTAL | $1,297,423 | $298,641. | $1,596,064. |

3. This Amendment Three is not to be construed or interpreted as a release or waiver by TCC or Oracle as to any claim, at law or in equity and under any applicable legal theory (including, but not limited to, contract, tort or strict liability).

B. **ADDITIONAL TERMS**

1. Order of Precedence. In the event of any inconsistencies between the ordering document and this ordering document amendment, this ordering document amendment shall take precedence.

2. Other. Subject to the modifications herein, the ordering document and applicable exhibit(s) shall remain in full force and effect.



Page 2 of 3

ODA_V061404

Oracle normally processes your order after receipt of a purchase order. If you are unable to issue a purchase order for the services ordered hereto for an amount up to the total fees specified above in Section A above, please check the appropriate box below:

☐ TANANA CHIEFS CONFERENCE does not issue purchase orders.
☑ TANANA CHIEFS CONFERENCE does not require a purchase order for the services ordered hereto.

The information provided above is accurate and complies with your business practices in making this purchase, including obtaining all necessary approvals to release the funds for this purchase. The signature below affirms your commitment to pay for the services ordered in accordance with the terms of this ordering document.

This quote is valid through 25-NOV-2004 and shall become binding upon execution by you and acceptance by Oracle.

| TANANA CHIEFS CONFERENCE | ORACLE CORPORATION |
|---|---|
| Authorized Signature: *[signed]* | Authorized Signature: *[signed]* |
| Name: Harold N. Brown | Name: ROBERT C BAGNULO |
| Title: President and CEO | Title: SR. CONTRACTS MANAGER |
| Signature Date: 11/3/04 | Signature Date: 5 Nov '04 |

# ORACLE

---

### ORDERING DOCUMENT AMENDMENT FOUR

### ORACLE CONTRACT INFORMATION

| | | |
|---|---|---|
| **Customer Name:** | TANANA CHIEFS CONFERENCE | Oracle Corporation |
| **Customer Address:** | 122 First Avenue, Suite 600 | 500 Oracle Parkway |
| | Fairbanks, AK 99701 | Redwood Shores, CA 94065 |

---

The effective date of this ordering document amendment three is 17-JAN-2005.

### A. AMENDMENT DETAILS

1. Ordering Document Number US-427287-OD-17-MAR-2004. You and Oracle hereby agree to amend t[he] ordering document as follows:

    A. Section A, Services

    | Services | Reference | Fees* |
    |---|---|---|
    | Time and Materials Services & Expenses | Exhibit 1 | $899,739 |
    | Ordering Document Amd. 1 | ODA1 | $172,612 |
    | Ordering Document Amd. 2 | ODA2 | $195,200 |
    | Ordering Document Amd. 3 | ODA3 | $328,513 |
    | Ordering Document Amd. 4 | ODA4 | $100,000 |
    | **Total Fees** | | **$1,696,064** |

2. Exhibit1-TME-300098831

    You and Oracle hereby agree to amend Exhibit 1-TME to the agreement as follows:

    a. The Time and Materials Exhibit is modified to include the following additional Consulting services:

        i. Oracle will provide Post Production Staff augmentation support services.

    b. Extension Assumptions

        i. TCC is responsible for Project Management oversight for the period of time covered in this extension.
        ii. TCC is responsible for executing final testing activities in their test environment.
        iii. TCC assumes full responsibility and ownership of the day-to-day operations of the Oracle ERP system



ODA V061404

c. Rates, Estimated Fees and Expenses

Exhibit1-TME-300098831 is changed to include an additional $80,000 in Labor and $20,000 in expenses. A summary of total funding is shown below.

|  | LABOR | EXPENSES | TOTAL |
|---|---|---|---|
| Basic OD | $769,239 | $130,500 | $899,739 |
| Amendment One | $116,373 | $56,239 | $172,612 |
| Amendment Two | $142,750 | $52,450 | $195,200 |
| Amendment Three | $269,061 | $59,452 | $328,513 |
| Amendment Four | $80,000 | $20,000 | $100,000 |
| TOTAL | $1,377,423 | $318,641. | $1,696,064. |

3. This Amendment Four is not to be construed or interpreted as a release or waiver by TCC or Oracle as to any claim, at law or in equity and under any applicable legal theory (including, but not limited to, contract, tort or strict liability).

B. **ADDITIONAL TERMS**

1. <u>Order of Precedence.</u> In the event of any inconsistencies between the ordering document and this ordering document amendment, this ordering document amendment shall take precedence.

2. <u>Other.</u> Subject to the modifications herein, the ordering document and applicable exhibit(s) shall remain full force and effect.



2- 3-05;  4:49PM;WELLNESS                                                    ;907 459 3988         # 3

Oracle normally processes your order after receipt of a purchase order. If you are unable to issue a purchase order for services ordered hereto for an amount up to the total fees specified above in Section A above, please check the appropri box below:

☑ TANANA CHIEFS CONFERENCE does not issue purchase orders.
☐ TANANA CHIEFS CONFERENCE does not require a purchase order for the services ordered hereto.

The information provided above is accurate and complies with your business practices in making this purchase, includi obtaining all necessary approvals to release the funds for this purchase. The signature below affirms your commitment pay for the services ordered in accordance with the terms of this ordering document.

This quote is valid through 28-FEB-2005 and shall become binding upon execution by you and acceptance by Oracle.

| TANANA CHIEFS CONFERENCE | ORACLE CORPORATION |
|---|---|
| Authorized Signature: _____ | Authorized Signature: _____ |
| Name: _____ | Name: Karen M. Galindo |
| Title: _____ | Title: Contract Manager |
| Signature Date: _____ | Signature Date: 2/4/05 |

ODA_V061404

# ORACLE

---

### ORDERING DOCUMENT AMENDMENT FIVE

### ORACLE CONTRACT INFORMATION

| | | |
|---|---|---|
| **Customer Name:** | TANANA CHIEFS CONFERENCE | Oracle USA, Inc. |
| **Customer Address:** | 122 First Avenue, Suite 600 | 500 Oracle Parkway |
| | Fairbanks, AK 99701 | Redwood Shores, CA 94065 |

---

The effective date of this ordering document amendment five is 24 FEB-2005.

## A. AMENDMENT DETAILS

1. Ordering Document Number US-427287-OD-17-MAR-2004. You and Oracle hereby agree to amend t ordering document as follows:

    A.  Section A, Services - Delete Services Table in its entirety and replace with the following:

    | Services | Reference | Fees* |
    |---|---|---|
    | Time and Materials Services & Expenses | Exhibit 1 | $899,739 |
    | Ordering Document Amd. 1 | ODA1 | $172,612 |
    | Ordering Document Amd. 2 | ODA2 | $195,200 |
    | Ordering Document Amd. 3 | ODA3 | $328,513 |
    | Ordering Document Amd. 4 | ODA4 | $100,000 |
    | Ordering Document Amd. 5 | ODA5 | $350,000 |
    | **Total Fees** | | **$2,046,064** |

2. Exhibit1-TME-300098831

    You and Oracle hereby agree to amend Exhibit 1-TME to the agreement as follows:

    a. The Time and Materials Exhibit is modified to include the following additional Consulting services:

        i. Oracle Consulting will support the current post production support effort under the direction of the customer project manager.

    b. Extension Assumptions

        i. TCC maintains responsibility for Project Management for the period of time covered by this extension
        ii. TCC maintains responsibility for executing final testing activities in their test environment
        iii. TCC assumes full responsibility and ownership of the day-to-day operations of the Oracle ERP system

ODA_V061404



c. Rates, Estimated Fees and Expenses

Exhibit1-TME-300098831 is changed to include an additional $290,000 in Labor and $60,000 in expense A summary of total funding is shown below.

|  | LABOR | EXPENSES | TOTAL |
|---|---|---|---|
| Basic OD | $769,239 | $130,500 | $899,739 |
| Amendment One | $116,373 | $56,239 | $172,612 |
| Amendment Two | $142,750 | $52,450 | $195,200 |
| Amendment Three | $269,061 | $59,452 | $328,513 |
| Amendment Four | $80,000 | $20,000 | $100,000 |
| Amendment Five | $290,000 | $60,000 | $350,000 |
| TOTAL | $1,377,423 | $318,641. | $1,696,064 |

3. This Amendment five is not to be construed or interpreted as a release or waiver by TCC or Oracle as to any claim, at law or in equity and under any applicable legal theory (including, but not limited to, contract, tort or stric liability).

B. **ADDITIONAL TERMS**

1. <u>Order of Precedence.</u> In the event of any inconsistencies between the ordering document and this orderi document amendment, this ordering document amendment shall take precedence.

2. <u>Other.</u> Subject to the modifications herein, the ordering document and applicable exhibit(s) shall remain full force and effect.

ODA V061404

Oracle normally processes your order after receipt of a purchase order. If you are unable to issue a purchase order for services ordered hereto for an amount up to the total fees specified above in Section A above, please check the appropr box below:

☒ TANANA CHIEFS CONFERENCE does not issue purchase orders.
☐ TANANA CHIEFS CONFERENCE does not require a purchase order for the services ordered hereto.

The information provided above is accurate and complies with your business practices in making this purchase, includ obtaining all necessary approvals to release the funds for this purchase. The signature below affirms your commitmen pay for the services ordered in accordance with the terms of this ordering document.

| TANANA CHIEFS CONFERENCE | ORACLE USA, Inc. |
|---|---|
| Authorized Signature: *[signature]* | Authorized Signature: *[signature]* |
| Name: | Name: **Karen M. Galindo** |
| Title: | Title: **Contract Manager** |
| Signature Date: | Signature Date: 3/28/05 |

ODA V061404



| | ORDERING DOCUMENT AMENDMENT SIX |
|---|---|
| | ORACLE CONTRACT INFORMATION |
| **Customer Name:** | TANANA CHIEFS CONFERENCE  Oracle USA, Inc. |
| **Customer Address:** | 122 First Avenue, Suite 600  500 Oracle Parkway |
| | Fairbanks, AK 99701  Redwood Shores, CA 94065 |

The effective date of this ordering document amendment six is 09-MAY-2005.

## A. AMENDMENT DETAILS

1. Exhibit1-TME-300098831

    You and Oracle hereby agree to amend the TME as follows:

    a.  The Time and Materials Exhibit is modified to include the following additional Consultant Level and Rate:

        Principal - $175.00 an hour.

    b.  Rates, Estimated Fees and Expenses

        Delete the fees table in its entirety and replace with the following table:

|  | LABOR | EXPENSES | TOTAL |
|---|---|---|---|
| Basic OD | $769,239 | $130,500 | $899,739 |
| Amendment One | $116,373 | $56,239 | $172,612 |
| Amendment Two | $142,750 | $52,450 | $195,200 |
| Amendment Three | $269,061 | $59,452 | $328,513 |
| Amendment Four | $80,000 | $20,000 | $100,000 |
| Amendment Five | $290,000 | $60,000 | $350,000 |
| Amendment Six | $00 | $00 | $00 |
| TOTAL | $1,667,423 | $378,641 | $2,046,064 |

2. This Amendment six is not to be construed or interpreted as a release or waiver by TCC or Oracle as to any claim, at law or in equity and under any applicable legal theory (including, but not limited to, contract, tort or strict liability).

B. **ADDITIONAL TERMS**

1. <u>Order of Precedence.</u> In the event of any inconsistencies between the ordering document and this ordering document amendment, this ordering document amendment shall take precedence.

2. <u>Other.</u> Subject to the modifications herein, the ordering document and applicable exhibit(s) shall remain in full force and effect.

Oracle normally processes your order after receipt of a purchase order. If you are unable to issue a purchase order for the services ordered hereto for an amount up to the total fees specified above in Section A above, please check the appropriate box below:

☒ **TANANA CHIEFS CONFERENCE** does not issue purchase orders.
☐ **TANANA CHIEFS CONFERENCE** does not require a purchase order for the services ordered hereto.

The information provided above is accurate and complies with your business practices in making this purchase, including obtaining all necessary approvals to release the funds for this purchase. The signature below affirms your commitment to pay for the services ordered in accordance with the terms of this ordering document.

| TANANA CHIEFS CONFERENCE | ORACLE USA, Inc. |
|---|---|
| Authorized Signature: [signed] | Authorized Signature: [signed] |
| Name: | Name: **Karen M. Galindo** |
| Title: | Title: **Contract Manager** |
| Signature Date: | Signature Date: 5/27/05 |