Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for DENA' NENA' HENASH, INC.
d/b/a TANANA CHIEFS CONFERENCE

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, an Alaska non-profit corporation,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>ORACLE CORPORATION, a Delaware corporation,<br><br>　　　　　　　　Defendant. | Case No. 4:06-CV-00006 RRB<br><br>NOTICE OF AMENDED CERTIFICATE OF SERVICE |

　　　　Plaintiff Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs Conference ("TCC"), by and through its undersigned counsel, hereby amends the Certificate of Service to the First Amended Complaint filed on July 21, 2006.

　　　　The First Amended Complaint was served on David E. Garrett, 500 Oracle Parkway, MS 5op7, Redwood City, CA 94065, on Friday, July 21, 2006, by regular first class mail; and by email on Saturday, July 22, 2006.

**DORSEY &**
**WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

DATED this 24th day of July, 2006, at Anchorage, Alaska.

    DORSEY & WHITNEY LLP

By:    /s/ Jahna M. Lindemuth
    Jahna M. Lindemuth, ABA #9711068
    DORSEY & WHITNEY LLP
    1031 West Fourth Avenue, Suite 600
    Anchorage, Alaska 99501-5907
    lindemuth.jahna@dorsey.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of July, 2006, a true and correct copy of this document was served by first class mail and email on:

David E. Garrett
500 Oracle Parkway, MS 5op7
Redwood City, CA  94065

By:    /s/ Jahna M. Lindemuth
    Jahna M. Lindemuth, ABA #9711068
    Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

NOTICE OF AMENDED CERTIFICATE OF SERVICE
Page 2

Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs Conference v. Oracle Corporation
Case No. 4:06-CV-00006 RRB