Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for DENA' NENA' HENASH, INC.
d/b/a TANANA CHIEFS CONFERENCE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, an Alaska non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ORACLE CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 4:06-CV-00006 RRB<br><br><br>MOTION TO PERMIT NON-RESIDENT ATTORNEY TO APPEAR AND PARTICIPATE |

Pursuant to Local Rule 83.1(d), Peter W. Sipkins ("Applicant"), of Dorsey & Whitney LLP, 50 South Sixth Street, Suite 1500, Minneapolis, Minnesota 55402-1498, moves that he be permitted to appear and participate as attorney for plaintiff in this action. Applicant is a member in good standing of the Bar of Minnesota, is not a member of the Alaska Bar Association, and is not otherwise disqualified from practicing in the State of Alaska.

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Applicant will associate with Jahna M. Lindemuth of Dorsey & Whitney LLP, member of the Bar of this Court who maintains an office for the practice of law at 1031 West Fourth Avenue, Suite 600, Anchorage, Alaska 99501, as local counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of the case.

DATED this 28th day of July, 2006.

*(signature)*
Peter W. Sipkins

### Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATED this __1__ day of August, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: *(signature)*
Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, Alaska 99501-5907
lindemuth.jahna@dorsey.com

(*Member of the Bar of the United States District Court for the District of Alaska.)

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

MOTION TO APPEAR AND PARTICIPATE

Page 2

Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs
Conference v. Oracle Corporation
Case No. 4:06-CV-00006 RRB

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of August, 2006, a true and correct copy of this document was served on:

| David E. Garrett | Geoffrey Howard | Jeffrey Feldman |
|---|---|---|
| 500 Oracle Parkway, MS 5op7 | Bingham McCutchen | Feldman Orlansky & Sanders |
| Redwood City, CA 94065 | Three Embarcadero Center | 500 L Street, Suite 400 |
|  | San Francisco, CA 94111 | Anchorage, AK 99501 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By:   /s/ Jahna M. Lindemuth
      Jahna M. Lindemuth, ABA #9711068
      Dorsey & Whitney, LLP

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

MOTION TO APPEAR AND PARTICIPATE

Page 3

Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs
Conference v. Oracle Corporation
Case No. 4:06-CV-00006 RRB