Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for DENA' NENA' HENASH, INC.
d/b/a TANANA CHIEFS CONFERENCE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, an Alaska non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ORACLE CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 4:06-CV-00006 RRB<br><br>ORDER GRANTING MOTIONS TO APPEAR AND PARTICIPATE |

Upon motions of Peter Sipkins and Paul Dieseth for orders permitting them to appear and participate as attorneys for Plaintiff in this action, and the Court having considered same,

IT IS HEREBY ORDERED that Peter Sipkins and Paul Dieseth may appear on behalf of Plaintiff.

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

DATED this ____ day of _____, 2006, at Anchorage, Alaska.

By: _____
The Honorable Ralph R. Beistline

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of August, 2006, a true and correct copy of this document was served on:

| | | |
|---|---|---|
| David E. Garrett | Geoffrey Howard | Jeffrey Feldman |
| 500 Oracle Parkway, MS 5op7 | Bingham McCutchen | Feldman Orlansky & Sanders |
| Redwood City, CA 94065 | Three Embarcadero Center | 500 L Street, Suite 400 |
| | San Francisco, CA 94111 | Anchorage, AK 99501 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By:   /s/ Jahna M. Lindemuth
      Jahna M. Lindemuth, ABA #9711068
      Dorsey & Whitney, LLP

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

ORDER GRANTING MOTIONS TO APPEAR AND PARTICIPATE
Page 2

Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs Conference v. Oracle Corporation
Case No. 4:06-CV-00006 RRB