Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for DENA' NENA' HENASH, INC.
d/b/a TANANA CHIEFS CONFERENCE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, an Alaska non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ORACLE CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 4:06-CV-00006 RRB<br><br>**AFFIDAVIT OF PETER W. SIPKINS IN SUPPORT OF MOTION TO PERMIT NON-RESIDENT ATTORNEY TO APPEAR AND PARTICIPATE** |

STATE OF MINNESOTA    )
                     ) §§
COUNTY OF HENNEPIN    )

Peter W. Sipkins, having first been duly sworn, states and deposes as follows:

1. My office is located at 50 South Sixth Street, Suite 1500, Minneapolis, Minnesota 55402-1498. My residence address is 2506 Sheridan Ave. So., Minneapolis, Minnesota 55405.

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

2. I have been admitted to practice in the following jurisdictions and courts: State of Minnesota (1969); United States District Court for the District of Minnesota; numerous other United States District Courts; United States Courts of Appeal for the First, Fifth, Eighth, Ninth and Tenth Circuits; and United States Supreme Court.

3. I am not the subject of any pending disciplinary action in any jurisdiction or before any court to which I have been admitted to practice.

4. I have not been suspended or disbarred or faced similar action on account of disability or other reason, in any jurisdiction to which I have been admitted to practice.

5. I have read the local rules for the United States District Court, District of Alaska.

6. Attached hereto is a certificate of good standing from the Supreme Court of the State of Minnesota.

By: _____
Peter W. Sipkins

SUBSCRIBED and sworn to before me this 28th day of July, 2006.

_____
Notary Public in and for Minnesota
My Commission Expires: 1-31-2010


CHRISTI E. ROADFELDT
Notary Public-Minnesota
My Commission Expires Jan 31, 2010

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

AFFIDAVIT OF PAUL DIESETH IN SUPPORT OF
MOTION TO APPEAR AND PARTICIPATE
Page 2

Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs
Conference v. Oracle Corporation
Case No. 4:06-CV-00006 RRB

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of August, 2006, a true and correct copy of this document was served on:

| | | |
|---|---|---|
| David E. Garrett<br>500 Oracle Parkway, MS 5op7<br>Redwood City, CA  94065 | Geoffrey Howard<br>Bingham McCutchen<br>Three Embarcadero Center<br>San Francisco, CA  94111 | Jeffrey Feldman<br>Feldman Orlansky & Sanders<br>500 L Street, Suite 400<br>Anchorage, AK  99501 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By: /s/ Jahna M. Lindemuth
    Jahna M. Lindemuth, ABA #9711068
    Dorsey & Whitney, LLP

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

AFFIDAVIT OF PETER SIPKINS IN SUPPORT OF
MOTION TO APPEAR AND PARTICIPATE
Page 3

Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs
Conference v. Oracle Corporation
Case No. 4:06-CV-00006 RRB

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following attorney is in good standing.

PETER W SIPKINS

was duly admitted to practice as an attorney and counselor at law in all the courts of this state on

October 17, 1969

Given under my hand and seal of this court on

July 24, 2006

*Fredrick K. Grittner*
Fredrick K. Grittner
Clerk of Appellate Courts