Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for DENA' NENA' HENASH, INC.
d/b/a TANANA CHIEFS CONFERENCE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, an Alaska non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ORACLE CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 4:06-CV-00006 RRB<br><br>**AFFIDAVIT OF PAUL DIESETH IN SUPPORT OF MOTION TO PERMIT NON-RESIDENT ATTORNEY TO APPEAR AND PARTICIPATE** |

STATE OF MINNESOTA    )
                     ) §§
COUNTY OF HENNEPIN   )

Paul Dieseth, having first been duly sworn, states and deposes as follows:

1. My office is located at 50 South Sixth Street, Suite 1500, Minneapolis, Minnesota 55402-1498. My residence address is 2709 Dalridge Circle, Burnsville, Minnesota 55337.

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

2. I have been admitted to practice in the following jurisdictions and courts: State of California (1982); United States District Court for the Northern District of California (1982); United States Court of Appeals for the Ninth Circuit (1984); United States District Court for the Eastern District of California (1984); State of Minnesota (1985); United States District Court for the Western District of Wisconsin (1985); United States Supreme Court (1992); United States Court of Appeals for the Eighth Circuit (2002); United States District Court for the Eastern District of Wisconsin (2002); United States Court of Appeals for the Eleventh Circuit (2004).

3. I am not the subject of any pending disciplinary action in any jurisdiction or before any court to which I have been admitted to practice.

4. I have not been suspended or disbarred or faced similar action on account of disability or other reason, in any jurisdiction to which I have been admitted to practice.

5. I have read the local rules for the United States District Court, District of Alaska.

6. Attached hereto is a certificate of good standing from the Supreme Court of the State of Minnesota.

By: /s/ Paul Dieseth
Paul Dieseth

SUBSCRIBED and sworn to before me this 28th day of July, 2006.

/s/ Sheila Rae Motzko
Notary Public in and for Minnesota
My Commission Expires: 1-31-10

[Notary Seal: SHEILA RAE MOTZKO, NOTARY PUBLIC-MINNESOTA, My Commission Expires Jan. 31, 2010]

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

AFFIDAVIT OF PAUL DIESETH IN SUPPORT OF MOTION TO APPEAR AND PARTICIPATE
Page 2

Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs Conference v. Oracle Corporation
Case No. 4:06-CV-00006 RRB

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of August, 2006, a true and correct copy of this document was served on:

| | | |
|---|---|---|
| David E. Garrett | Geoffrey Howard | Jeffrey Feldman |
| 500 Oracle Parkway, MS 5op7 | Bingham McCutchen | Feldman Orlansky & Sanders |
| Redwood City, CA 94065 | Three Embarcadero Center | 500 L Street, Suite 400 |
| | San Francisco, CA 94111 | Anchorage, AK 99501 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By:   /s/ Jahna M. Lindemuth
      Jahna M. Lindemuth, ABA #9711068
      Dorsey & Whitney, LLP

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

AFFIDAVIT OF PAUL DIESETH IN SUPPORT OF    Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs
MOTION TO APPEAR AND PARTICIPATE            Conference v. Oracle Corporation
Page 3                                       Case No. 4:06-CV-00006 RRB

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following attorney is in good standing.

PAUL ROBERT DIESETH

was duly admitted to practice as an attorney and counselor at law in all the courts of this state on

October 18, 1985

Given under my hand and seal of this court on

July 24, 2006

Fredrick K. Grittner
Clerk of Appellate Courts

