Jeffrey M. Feldman
Alaska Bar No. 7605029
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:   feldman@frozenlaw.com

Geoff Howard
California Bar No. 157468
BINGHAM MCCUTCHEN
3 Embarcadero Center
San Francisco, CA 94111
Telephone:   (415) 393-2485
Facsimile:   (415) 393-2286
Email:   geoff.howard@bingham.com

*Attorneys for Defendant Oracle Corporation, a Delaware Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DENA'NENA'HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, An Alaska non-profit corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>ORACLE CORPORATION, a Delaware Corporation,<br><br>　　　　　Defendant. | Case No. 4:06-cv-00006 RRB<br><br>**ENTRY OF APPEARANCE ON BEHALF OF DEFENDANT ORACLE CORPORATION** |

Entry of Appearance
*Dena'Nena'Henash, Inc., et al v. Oracle Corporation, et al*
Case No. 4:06-cv-00006 RRB                                         Page 1 of 2

The law firm of Feldman Orlansky & Sanders hereby enters its appearance in this matter as counsel for defendant Oracle Corporation, a Delaware Corporation. Please serve copies all pleadings pertaining to the above captioned matter on Jeffrey M. Feldman, Feldman Orlansky & Sanders, 500 L Street, Fourth Floor, Anchorage, Alaska 99501.

Dated this 2nd day of August, 2006.

s/ Jeffrey M. Feldman

Jeffrey M. Feldman
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:   feldman@frozenlaw.com
[Alaska Bar No. 7605029]

Attorneys for Defendant
Oracle Corporation, a Delaware Corporation

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2006,
a copy of Entry of Appearance on Oracle Corporation
was served electronically on:

Jahna M. Lindemuth
Peter Sipkins

s/ Jeffrey M. Feldman

Entry of Appearance
*Dena'Nena'Henash, Inc., et al v. Oracle Corporation, et al*
Case No. 4:06-cv-00006 RRB                                           Page 2 of 2