Jeffrey M. Feldman
Alaska Bar No. 7605029
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       feldman@frozenlaw.com

Geoff Howard
California Bar No. 157468
BINGHAM MCCUTCHEN
3 Embarcadero Center
San Francisco, CA 94111
Telephone:   (415) 393-2485
Facsimile:   (415) 393-2286
Email:       geoff.howard@bingham.com

*Attorneys for Defendant Oracle Corporation, a Delaware Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DENA'NENA'HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, An Alaska non-profit corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>ORACLE CORPORATION, a Delaware Corporation,<br><br>　　　　　Defendant. | Case No. 4:06-cv-00006 RRB<br><br>**JOINT STIPULATION OF PARTIES EXTENDING TIME FOR DEFENDANT TO ANSWER FIRST AMENDED COMPLAINT** |

Joint Stipulation of Parties Extending Time for Defendant to Answer First Amended Complaint
*Dena'Nena'Henash, Inc., et al v. Oracle Corporation, et al*
Case No. 4:06-cv-00006 RRB                                                    Page 1 of 2

Plaintiff Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs Conference ("TCC") and Defendant Oracle Corporation ("Oracle"), by and through their undersigned counsel, hereby stipulate and agree that Oracle may have an extension of 30 days in which to answer or otherwise respond to the First Amended Complaint filed by TCC in the above-captioned matter on July 21, 2006. The parties therefore stipulate that Oracle's answer or other response to TCC's First Amended Complaint shall be filed no later than August 21, 2006.

Dated this 2nd day of August, 2006.      s/ Jeffrey M. Feldman
Jeffrey M. Feldman
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:    (907) 272-3538
Facsimile:    (907) 274-0819
Email:    feldman@frozenlaw.com
 [Alaska Bar No. 7605029]

Attorneys for Defendant
Oracle Corporation, a Delaware Corporation

Dated this 1st day of August, 2006.      s/Jahna M. Lindemuth (consent)
Jahna M. Lindemuth
DORSEY & WHITNEY, LLP
1034 W. 4th Avenue, Suite 600
Anchorage, Alaska 99501
Telephone:    (907) 276-4557
Facsimile:    (907) 276-4152
Email:    Lindemuth.Jahna@dorsey.com
[Alaska Bar No. 9711068]

Attorneys for Plaintiff
Dena'Nena'Henash, Inc., d/b/a
Tanana Chiefs Conference

Joint Stipulation of Parties Extending Time for Defendant to Answer First Amended Complaint
*Dena'Nena'Henash, Inc., et al v. Oracle Corporation, et al*
Case No. 4:06-cv-00006 RRB                                                                                   Page 2 of 2