Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for DENA' NENA' HENASH, INC.
d/b/a TANANA CHIEFS CONFERENCE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, an Alaska non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ORACLE CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 4:06-CV-00006 RRB<br><br><br>ORDER GRANTING MOTIONS TO APPEAR AND PARTICIPATE |

    Upon motions of Peter Sipkins and Paul Dieseth for orders permitting them to appear and participate as attorneys for Plaintiff in this action, and the Court having considered same,

    IT IS HEREBY ORDERED that Peter Sipkins and Paul Dieseth may appear on behalf of Plaintiff.

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

DATED this 7 day of August, 2006, at Anchorage, Alaska.

_REDACTED SIGNATURE_

The Honorable Ralph R. Beistline

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

ORDER GRANTING MOTIONS TO APPEAR AND PARTICIPATE
Page 2

Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs Conference v. Oracle Corporation
Case No. 4:06-CV-00006 RRB