Jeffrey Feldman
Alaska Bar No. 7605029
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
Email:  feldman@frozenlaw.com

Geoff Howard
California Bar No. 157468
BINGHAM MCCUTCHEN
3 Embarcadero Center
San Francisco, CA 94111
Telephone:  (415) 393-2485
Facsimile:  (415) 393-2286
Email:  geoff.howard@bingham.com

*Attorneys for Oracle Corporation, a Delaware Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DENA'NENA'HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, an Alaskan non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> ORACLE CORPORATION, a Delaware Corporation, <br><br> Defendant. | Case No. 4:06-cv-00006 RRB <br><br> [~~PROPOSED~~] <br> **ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER FIRST AMENDED COMPLAINT** |

[~~Proposed~~] Order Extending Time for Defendant to Answer First Amended Complaint
*Dena'Nena'Hensah, Inc., et al v. Oracle Corporation, et al*
Case No. 4:06-cv-00006 RRB
Page 1

Good cause appearing, it is hereby ordered that defendant Oracle Corporation's response to plaintiff Tanana Chiefs Conference's First Amended Complaint shall be filed no later than August 21, 2006.

DATED this 7 day of August, 2006.

REDACTED SIGNATURE

Ralph R. Beistline
United States District Court Judge

[Proposed] Order Extending Time for Defendant to Answer First Amended Complaint
*Dena'Nena'Hensah, Inc., et al v. Oracle Corporation, et al*
Case No. 4:06-cv-00006 RRB
Page 2