Jeffrey M. Feldman
Alaska Bar No. 7605029
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       feldman@frozenlaw.com

Geoffrey M. Howard
California Bar No. 157468
Sivan Gai
California Bar No. 224152
Abigail L. Ramsden
California Bar No. 239544
David E. Garret
California Bar No. 190923
BINGHAM MCCUTCHEN
*(Pro Hac Vice applications pending)*
3 Embarcadero Center
San Francisco, CA 94111
Telephone:   (415) 393-2485
Facsimile:   (415) 393-2286
Email:       david.garret@bingham.com

*Attorneys for Defendant Oracle Corporation, a Delaware Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DENA'NENA'HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, An Alaska non-profit corporation,<br><br>　　　　　　Plaintiff,<br>　　　v.<br><br>ORACLE CORPORATION, a Delaware Corporation,<br><br>　　　　　　Defendant. | Case No. 4:06-cv-00006 RRB<br><br>**MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE** |

Motion and Application Of Non-Resident Attorney For Permission to Appear and Participate
*Dena'Nena'Henash, Inc., et al v. Oracle Corporation, et al*
Case No. 4:06-cv-00006 RRB                                                             Page 1 of 3

David Earl Garret, Bingham McCutchen, 3 Embarcadero Center, San Francisco, California 94111; telephone number (415) 393-2485, hereby applies for permission to appear and participate, pursuant to D.Ak LR 83.1(d), as co-counsel for defendant, Oracle Corporation, in this action.

Mr. Garret will associate with Jeffrey M. Feldman, a member of the Bar of this Court, who maintains an office at a place within the district, with whom the Court and opposing counsel may readily communicate regarding this case.

Mr. Garret is a member in good standing of the Bar of the State of California. A copy of the certification of Mr. Garret's good standing with the Bar of the State of California is attached.

Dated this 15th day of August, 2006.

BINGHAM MCCUTCHEN

By: s/David Earl Garret (consent)
David E. Garret
California Bar No. 190923
3 Embarcadero Center
San Francisco, CA 94111
Telephone:  (415) 393-2485
Facsimile:  (415) 393-2286
Email: david.garret@bingham.com

Motion and Application Of Non-Resident Attorney For Permission to Appear and Participate
*Dena'Nena'Henash, Inc., et al v. Oracle Corporation, et al*
Case No. 4:06-cv-00006 RRB                                               Page 2 of 3

## CONSENT OF LOCAL COUNSEL

The undersigned consents and moves for the granting of the application of David Earl Garret to appear and participate as co-counsel in this action on behalf of defendant Oracle Corporation. The undersigned is authorized to practice law in the State of Alaska and is admitted to the United States District Court for the District of Alaska.

Dated this 15th day of August, 2006.

>
> David E. Garret
> Geoffrey M. Howard
> Sivan Gai
> Abigal L. Ramsden
> BINGHAM MCCUTCHEN
>
> Jeffrey M. Feldman
> FELDMAN ORLANSKY & SANDERS
>
>
> By: s/ Jeffrey M. Feldman
>      Jeffrey M. Feldman
>      FELDMAN ORLANSKY & SANDERS
>      500 L Street, Suite 400
>      Anchorage, Alaska 99501
>      Telephone:   (907) 272-3538
>      Facsimile:   (907) 274-0819
>      Email:       feldman@frozenlaw.com
>      [Alaska Bar No. 7605029]
>
>      Attorneys for Defendant
>      Oracle Corporation

CERTIFICATE OF SERVICE
I hereby certify that on the 15th day of August, 2006, copies of Motion and Application of Non-Resident Attorney For Permission To Appear And Participate (D. Garret) and [Proposed] Order Granting Motion To Participate were served electronically on: Jahna M. Lindemuth and Paul Dieseth, and mailed to: Peter Sipkins.

s/ Jeffrey M. Feldman

Motion and Application Of Non-Resident Attorney For Permission to Appear and Participate
*Dena'Nena'Henash, Inc., et al v. Oracle Corporation, et al*
Case No. 4:06-cv-00006 RRB                                                                Page 3 of 3