Jeffrey M. Feldman
Alaska Bar No. 7605029
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK 99501
Telephone:     (907) 272-3538
Facsimile:     (907) 274-0819
Email:         feldman@frozenlaw.com

Geoffrey M. Howard
California Bar No. 157468
Sivan Gai
California Bar No. 224152
Abigail L. Ramsden
California Bar No. 239544
David E. Garret
California Bar No. 190923
BINGHAM MCCUTCHEN
*(Pro Hac Vice applications pending)*
3 Embarcadero Center
San Francisco, CA 94111
Telephone:     (415) 393-2485
Facsimile:     (415) 393-2286
Email:         david.garret@bingham.com

*Attorneys for Defendant Oracle Corporation, a Delaware Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DENA'NENA'HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, An Alaska non-profit corporation,<br><br>Plaintiff,<br>v.<br><br>ORACLE CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. 4:06-cv-00006 RRB<br><br>**[PROPOSED] ORDER GRANTING MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE** |

Order Granting Motion To Participate (D. Garret)
*Dena'Nena'Henash, Inc., et al v. Oracle Corporation, et al*
Case No. 4:06-cv-00006 RRB                                                                 Page 1 of 2

The Motion and Application of David Earl Garret to appear as co-counsel in the above-referenced case is granted.

ENTERED this _____ day of _____, 2006.

_____
Honorable Ralph R. Beistline
U. S. District Court Judge

Order Granting Motion To Participate (D. Garret)
*Dena'Nena'Henash, Inc., et al v. Oracle Corporation, et al*
Case No. 4:06-cv-00006 RRB                                                                 Page 2 of 2