Jeffrey M. Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
Email: feldman@frozenlaw.com

Geoffrey M. Howard (California Bar No. 157468)
Sivan Gai (California Bar No. 224152)
Abigail L. Ramsden (California Bar No. 239544)
BINGHAM MCCUTCHEN
*(Pro Hac Vice applications pending)*
3 Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 393-2485
Facsimile: (415) 393-2286
Email: geoff.howard@bingham.com
sivan.gai@bingham.com
abigail.ramsden@bingham.com

David E. Garrett (California Bar No. 190923)
ORACLE USA, INC.
*(Pro Hac Vice application pending)*
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4366
Facsimile: (650) 506-7114
Email: dave.garrett@oracle.com

*Attorneys for Defendant Oracle USA, Inc., a Delaware Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | | |
|---|---|---|
| DENA'NENA'HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, An Alaska non-profit corporation,<br><br>Plaintiff,<br>v.<br>ORACLE CORPORATION, a Delaware Corporation,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 4:06-cv-00006 RRB |

**DEFENDANT'S MOTION TO DISMISS OR TRANSFER
FOR IMPROPER VENUE [F.R.C.P. 12(b)(3); 28 U.S.C.§ 1406(a)]
OR, IN THE ALTERNATIVE,
TO DISMISS MOST CLAIMS FOR FAILURE TO STATE A CLAIM UPON WHICH
RELIEF CAN BE GRANTED [F.R.C.P. 12(b)(6); F.R.C.P. 9(b)]**

Defendant Oracle Corporation hereby moves that all claims against Oracle be dismissed or transferred based on improper venue. Fed. R. Civ. Proc. 12(b)(3); 28 U.S.C. § 1406(a). In the alternative, defendant moves that the Third, Fourth, Fifth, and Sixth claims be dismissed for failure to state a claim on which relief can be granted. Fed. R. Civ. Proc. 12(b)(6); Fed. R. Civ. Proc. 9(b).

This motion is based upon the accompanying Memorandum of Points and Authorities, the complete files and records in this action, and such other oral or documentary evidence as may be adduced at or prior to the hearing on this motion.

Dated this 21st day of August, 2006.

    Abigail L. Ramsden
    Geoffrey M. Howard
    Sivan Gai
    BINGHAM MCCUTCHEN

    David E. Garret
    ORACLE USA, INC.

    Jeffrey M. Feldman
    FELDMAN ORLANSKY & SANDERS

By: s/ Jeffrey M. Feldman
    Jeffrey M. Feldman
    FELDMAN ORLANSKY & SANDERS
    500 L Street, Suite 400
    Anchorage, Alaska 99501
    Telephone:  (907) 272-3538
    Facsimile:  (907) 274-0819
    Email:  feldman@frozenlaw.com
    [Alaska Bar No. 7605029]
    Attorneys for Defendant
    Oracle Corporation

CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of August, 2006, copies of

DEFENDANT'S MOTION TO DISMISS OR TRANSFER FOR IMPROPER VENUE [F.R.C.P. 12(b)(3); 28 U.S.C.§ 1406(a)] OR, IN THE ALTERNATIVE, TO DISMISS MOST CLAIMS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [F.R.C.P. 12(b)(6); F.R.C.P. 9(b)]

were served electronically on: Jahna M. Lindemuth and Paul Dieseth, and mailed to: Peter Sipkins.

s/ Jeffrey M. Feldman