Jeffrey M. Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK 99501
Telephone:     (907) 272-3538
Facsimile:     (907) 274-0819
Email:         feldman@frozenlaw.com

Geoffrey M. Howard (California Bar No. 157468)
Sivan Gai (California Bar No. 224152)
Abigail L. Ramsden (California Bar No. 239544)
BINGHAM MCCUTCHEN
*(Pro Hac Vice applications pending)*
3 Embarcadero Center
San Francisco, CA 94111
Telephone:     (415) 393-2485
Facsimile:     (415) 393-2286
Email:         geoff.howard@bingham.com
               sivan.gai@bingham.com
               abigail.ramsden@bingham.com

David E. Garrett (California Bar No. 190923)
ORACLE USA, INC.
*(Pro Hac Vice application pending)*
M/S 5op7
Redwood City, CA 94070
Telephone:     (650) 506-4366
Facsimile:     (650) 506-7114
Email:         dave.garrett@oracle.com

*Attorneys for Defendant Oracle Corporation, a Delaware Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| DENA'NENA'HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, an Alaska non-profit corporation, <br><br> Plaintiff, <br> v. <br><br> ORACLE, CORPORATION, a Delaware Corporation, <br><br> Defendant. | Case No. 4:06-cv-00006 RRB <br><br> *Proposed* ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE |

For the reasons stated in defendant Oracle's Memorandum of Points and Authorities in Support of its Motion to Dismiss for Improper Venue, the Court hereby grants the Motion to Dismiss Plaintiff's First Amended Complaint in its entirety because venue is not proper in the District of Alaska under the standard of Federal Rule of Civil Procedure (12(b)(3).

DATED this _____ day of _____, 2006.

_____
Ralph R. Beistline
U.S. District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of August, 2006, copies of

*Proposed* ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE

was served electronically on: Jahna M. Lindemuth and Paul Dieseth, and mailed to: Peter Sipkins.

s/Jeffrey M. Feldman