Jeffrey M. Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK 99501
Telephone:     (907) 272-3538
Facsimile:     (907) 274-0819
Email:         feldman@frozenlaw.com

Geoffrey M. Howard (California Bar No. 157468)
Sivan Gai (California Bar No. 224152)
Abigail L. Ramsden (California Bar No. 239544)
BINGHAM MCCUTCHEN
*(Pro Hac Vice applications pending)*
3 Embarcadero Center
San Francisco, CA 94111
Telephone:     (415) 393-2485
Facsimile:     (415) 393-2286
Email:         geoff.howard@bingham.com
               sivan.gai@bingham.com
               abigail.ramsden@bingham.com

David E. Garrett (California Bar No. 190923)
ORACLE USA, INC.
*(Pro Hac Vice application pending)*
M/S 5op7
Redwood City, CA 94070
Telephone:     (650) 506-4366
Facsimile:     (650) 506-7114
Email:         dave.garrett@oracle.com

*Attorneys for Defendant Oracle Corporation, a Delaware Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | | |
|---|---|---|
| DENA'NENA'HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, An Alaska non-profit corporation, | ) ) ) ) | Case No. 4:06-cv-00006 RRB |
| Plaintiff, | ) | **CORRECTED MOTION AND** |
| v. | ) | **APPLICATION OF NON-RESIDENT** |
| ORACLE CORPORATION, a Delaware Corporation, | ) ) | **ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE** |
| Defendant. | ) ) ) | |

CORRECTED Motion for Application of Non-Resident Attorney to Appear and Participate (Garrett)
*Dena'Nena'Henash, Inc., et al v. Oracle Corporation, et al*
Case No. 4:06-cv-00006 RRB                                                                 Page 1 of 3

On or about August 15, 2006, defendant filed a Motion and Application of Non-Resident Attorney for Permission to Appear and Participate for David Earl Garrett, which contained erroneous information for Mr. Garrett. The corrected motion for Mr. Garrett is as follows:

David Earl Garrett, in-house counsel for Oracle USA, Inc., M/S 5op7, Redwood City, CA 94070; telephone number (650) 506-4366, hereby applies for permission to appear and participate, pursuant to D.Ak LR 83.1(d), as co-counsel for defendant, Oracle Corporation, in this action.

Mr. Garrett will associate with Jeffrey M. Feldman, a member of the Bar of this Court, who maintains an office at a place within the district, with whom the Court and opposing counsel may readily communicate regarding this case.

Mr. Garrett is a member in good standing of the Bar of the State of California. A copy of the certification of Mr. Garrett's good standing with the Bar of the State of California is attached.

Dated this 29th day of August, 2006.

ORACLE USA, INC.

By: s/David Earl Garrett  (consent)
David E. Garrett
California Bar No. 190923
Oracle USA, Inc.
M/S 5op7
Redwood City, CA 94070
Telephone:   (650) 506-4366
Facsimile:   (650) 506-7114
Email:       dave.garrett@oracle.com

CORRECTED Motion for Application of Non-Resident Attorney to Appear and Participate (Garrett)
*Dena'Nena'Henash, Inc., et al v. Oracle Corporation, et al*
Case No. 4:06-cv-00006 RRB                                              Page 2 of 3

## CONSENT OF LOCAL COUNSEL

The undersigned consents and moves for the granting of the corrected application of David Earl Garrett to appear and participate as co-counsel in this action on behalf of defendant Oracle Corporation. The undersigned is authorized to practice law in the State of Alaska and is admitted to the United States District Court for the District of Alaska.

Dated this 29th day of August, 2006.

        Jeffrey M. Feldman
        FELDMAN ORLANSKY & SANDERS

By: s/ Jeffrey M. Feldman
    Jeffrey M. Feldman
    FELDMAN ORLANSKY & SANDERS
    500 L Street, Suite 400
    Anchorage, Alaska 99501
    Telephone:   (907) 272-3538
    Facsimile:   (907) 274-0819
    Email:   feldman@frozenlaw.com
    [Alaska Bar No. 7605029]

    Attorneys for Defendant Oracle Corporation

CERTIFICATE OF SERVICE
I hereby certify that on the 29th day of August, 2006, copies of CORRECTED Motion and Application of Non-Resident Attorney for Permission to Appear and Participate (for David E. Garrett), Attachment (Certificate of Good Standing from the State Bar of California) and [proposed] Order Granting Corrected Motion To Participate were served electronically on: Jahna M. Lindemuthm, Paul Dieseth, and Peter Sipkins.

s/ Jeffrey M. Feldman

CORRECTED Motion for Application of Non-Resident Attorney to Appear and Participate (Garrett)
*Dena'Nena'Henash, Inc., et al v. Oracle Corporation, et al*
Case No. 4:06-cv-00006 RRB                                                                                      Page 3 of 3