Jeffrey M. Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK 99501
Telephone:	(907) 272-3538
Facsimile:	(907) 274-0819
Email:	feldman@frozenlaw.com

Geoffrey M. Howard (California Bar No. 157468)
Sivan Gai (California Bar No. 224152)
Abigail L. Ramsden (California Bar No. 239544)
BINGHAM MCCUTCHEN
*(Pro Hac Vice applications pending)*
3 Embarcadero Center
San Francisco, CA 94111
Telephone:	(415) 393-2485
Facsimile:	(415) 393-2286
Email:	david.garret@bingham.com

David E. Garrett (California Bar No. 190923)
ORACLE USA, INC.
*(Pro Hac Vice application pending)*
M/S 5op7
Redwood City, CA 94070
Telephone:	(650) 506-4366
Facsimile:	(650) 506-7114
Email:	dave.garrett@oracle.com

*Attorneys for Defendant Oracle Corporation, a Delaware Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DENA'NENA'HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, An Alaska non-profit corporation,<br><br>        Plaintiff,<br>v.<br><br>ORACLE CORPORATION, a Delaware Corporation,<br><br>        Defendant. | Case No. 4:06-cv-00006 RRB<br><br>**[PROPOSED] ORDER GRANTING CORRECTED MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE** |

_____
Order Granting CORRECTED Motion To Participate (D. Garrett)
*Dena'Nena'Henash, Inc., et al v. Oracle Corporation, et al*
Case No. 4:06-cv-00006 RRB                                      Page 1 of 2

The Corrected Motion and Application of David Earl Garrett to appear as co-counsel in the above-referenced case is GRANTED.

ENTERED this _____ day of _____, 2006.

_____
Honorable Ralph R. Beistline
U. S. District Court Judge

Order Granting CORRECTED Motion To Participate (D. Garrett)
*Dena'Nena'Henash, Inc., et al v. Oracle Corporation, et al*
Case No. 4:06-cv-00006 RRB                                      Page 2 of 2