Jahna M. Lindemuth (Alaska Bar No. 9711068)
DORSEY & WHITNEY LLP
1034 W. 4th Avenue, Suite 600
Anchorage, Alaska 99501
Telephone:  (907) 276-4557
Facsimile:  (907) 276-4152
Email:  lindemuth.jahna@dorsey.com

Peter W. Sipkins (Minnesota Bar No. 101541)
Paul R. Dieseth (Minnesota Bar No. 166881)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota  55402
Admitted Pro Hac Vice

*Attorneys For Plaintiff Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs Conference, an Alaskan non-profit corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, an Alaska non-profit corporation,<br><br>                              Plaintiff,<br>vs.<br><br>ORACLE CORPORATION, a Delaware corporation,<br><br>                              Defendant. | Case No. 4:06-cv-00006 RRB<br><br><br>JOINT STIPULATION OF PARTIES EXTENDING AND SETTING TIME FOR SUBMISSION OF MEMORANDA REGARDING DEFENDANT'S MOTION TO DISMISS OR TRANSFER |

WHEREAS counsel for the parties have conferred as to the time for submission of memoranda regarding defendant's pending Motion To Dismiss Or Transfer For Improper

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

JOINT STIPULATION OF PARTIES EXTENDING AND SETTING TIME FOR SUBMISSION OF MEMORANDA REGARDING DEFENDANT'S MOTION TO DISMISS OR TRANSFER

DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE vs. ORACLE CORPORATION

Case No. 4:06-cv-00006 RRB

SF/21683909.1

Venue Or, In The Alternative, To Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted; and

WHEREAS, counsel have agreed that due to various scheduling conflicts, it would be beneficial to extend the time for the parties to submit further briefing with respect to the pending Motion;

NOW THEREFORE Plaintiff Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs Conference ("TCC") and Defendant Oracle USA, Inc.[1] ("Oracle"), by and through their undersigned counsel, hereby stipulate and agree that TCC may have an extension of time up to and including September 22, 2006, to file a memorandum in opposition to Oracle's Motion and Oracle may have an extension of time up to and including October 16, 2006, to file a reply memorandum in support of its Motion, and that the Court may issue an Order accordingly in the form attached hereto.

---

[1] Oracle USA, Inc. is the successor in interest to defendant Oracle Corporation's rights and interests in this lawsuit.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

JOINT STIPULATION OF PARTIES EXTENDING AND SETTING TIME FOR SUBMISSION OF MEMORANDA REGARDING DEFENDANT'S MOTION TO DISMISS OR TRANSFER

DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE vs. ORACLE CORPORATION

Case No. 4:06-cv-00006 RRB

SF/21683909.1

| | |
|---|---|
| Dated this 31st day of August, 2006 | s/ Paul R. Dieseth |
| | Peter W. Sipkins (Minnesota Bar No. 101541) |
| | Paul R. Dieseth (Minnesota Bar No. 166881) |
| | DORSEY & WHITNEY LLP |
| | 50 South Sixth Street, Suite 1500 |
| | Minneapolis, Minnesota  55402 |
| | Telephone:  (612) 343-7903 |
| | Facsimile:  (612) 340-2868 |
| | Email:  sipkins.peter@dorsey.com |
| | dieseth.paul@dorsey.com |
| | Admitted Pro Hac Vice |
| | |
| | Jahna M. Lindemuth (Alaska Bar No. 9711068) |
| | DORSEY & WHITNEY LLP |
| | 1034 W. 4th Avenue, Suite 600 |
| | Anchorage, Alaska 99501 |
| | Telephone:  (907) 276-4557 |
| | Facsimile:  (907) 276-4152 |
| | Email:  lindemuth.jahna@dorsey.com |
| | |
| | Attorneys For Plaintiff Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs Conference |

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

JOINT STIPULATION OF PARTIES EXTENDING AND
SETTING TIME FOR SUBMISSION OF MEMORANDA
REGARDING DEFENDANT'S MOTION TO DISMISS OR
TRANSFER

DENA' NENA' HENASH, INC. d/b/a TANANA
CHIEFS CONFERENCE vs. ORACLE CORPORATION

Case No. 4:06-cv-00006 RRB

SF/21683909.1

Dated this 31st day of August, 2006    s/ Sivan Gai
Sivan Gai (California Bar No. 224152)
Geoffrey M. Howard (California Bar No. 157468)
Abigail L. Ramsden (California Bar No. 239544)
BINGAM McCUTCHEN
3 Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 393-2485
Facsimile: (415) 393-2286
Email: geoff.howard@bingham.com
sivan.gai@bingham.com
Abigail.ramsden@bingham.com

Jeffrey M. Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
Email: feldman@frozenlaw.com

Attorneys for Defendant Oracle USA, Inc.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

JOINT STIPULATION OF PARTIES EXTENDING AND
SETTING TIME FOR SUBMISSION OF MEMORANDA
REGARDING DEFENDANT'S MOTION TO DISMISS OR
TRANSFER

DENA' NENA' HENASH, INC. d/b/a TANANA
CHIEFS CONFERENCE vs. ORACLE CORPORATION

Case No. 4:06-cv-00006 RRB

SF/21683909.1