Jahna M. Lindemuth (Alaska Bar No. 9711068)
DORSEY & WHITNEY LLP
1034 W. 4th Avenue, Suite 600
Anchorage, Alaska 99501
Telephone:  (907) 276-4557
Facsimile:  (907) 276-4152
Email:  lindemuth.jahna@dorsey.com

Peter W. Sipkins (Minnesota Bar No. 101541)
Paul R. Dieseth (Minnesota Bar No. 166881)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota  55402
Admitted Pro Hac Vice

*Attorneys For Plaintiff Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs Conference, an Alaskan non-profit corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, an Alaska non-profit corporation, | Case No. 4:06-cv-00006 RRB |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER EXTENDING TIME TO FILE MEMORANDA REGARDING DEFENDANT'S MOTION TO DISMISS OR TRANSFER** |
| ORACLE CORPORATION, a Delaware corporation, | |
| Defendant. | |

Pursuant to stipulation of the parties through their counsel, it is hereby ordered that

Plaintiff Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs Conference may have an

extension of time up to and including September 22, 2006, to file a memorandum in

opposition to Defendant's pending Motion to Dismiss or Transfer and Defendant Oracle

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

[PROPOSED] ORDER EXTENDING TIME TO FILE
MEMORANDA REGARDING DEFENDANT'S MOTION
TO DISMISS OR TRANSFER

DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS
CONFERENCE vs. ORACLE CORPORATION

Case No. 4:06-cv-00006 RRB

SF/21683910.1

USA, Inc.[1] may have an extension of time up to and including October 16, 2006, to file a

reply memorandum in support of said Motion.

      DATED this _____ day of _____, 2006.


_____

The Honorable Ralph R. Beistline
United States District Court Judge

---

[1] Oracle USA, Inc. is the successor in interest to defendant Oracle Corporation's rights
and interests in this lawsuit.

**DORSEY &
WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

JOINT STIPULATION OF PARTIES EXTENDING AND
SETTING TIME FOR SUBMISSION OF MEMORANDA
REGARDING DEFENDANT'S MOTION TO DISMISS OR
TRANSFER

DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS
CONFERENCE vs. ORACLE CORPORATION

Case No. 4:06-cv-00006 RRB

SF/21683910.1