Jahna M. Lindemuth (Alaska Bar No. 9711068)
DORSEY & WHITNEY LLP
1034 W. 4th Avenue, Suite 600
Anchorage, Alaska 99501
Telephone: (907) 276-4557
Facsimile: (907) 276-4152
Email: lindemuth.jahna@dorsey.com

Peter W. Sipkins (Minnesota Bar No. 101541)
Paul R. Dieseth (Minnesota Bar No. 166881)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Admitted Pro Hac Vice

*Attorneys For Plaintiff Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs Conference, an Alaskan non-profit corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, an Alaska non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ORACLE CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 4:06-cv-00006 RRB<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME TO FILE MEMORANDA REGARDING DEFENDANT'S MOTION TO DISMISS OR TRANSFER |

Pursuant to stipulation of the parties through their counsel, it is hereby ordered that Plaintiff Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs Conference may have an extension of time up to and including September 22, 2006, to file a memorandum in opposition to Defendant's pending Motion to Dismiss or Transfer and Defendant Oracle

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

[PROPOSED] ORDER EXTENDING TIME TO FILE
MEMORANDA REGARDING DEFENDANT'S MOTION
TO DISMISS OR TRANSFER

DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS
CONFERENCE vs. ORACLE CORPORATION

Case No. 4:06-cv-00006 RRB

SF/21683910.1

USA, Inc.[1] may have an extension of time up to and including October 16, 2006, to file a reply memorandum in support of said Motion.

DATED this 31 day of August, 2006.

/s/
The Honorable Ralph R. Beistline
United States District Court Judge

---

[1] Oracle USA, Inc. is the successor in interest to defendant Oracle Corporation's rights and interests in this lawsuit.

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

JOINT STIPULATION OF PARTIES EXTENDING AND SETTING TIME FOR SUBMISSION OF MEMORANDA REGARDING DEFENDANT'S MOTION TO DISMISS OR TRANSFER

DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE vs. ORACLE CORPORATION

Case No. 4:06-cv-00006 RRB

SF/21683910.1