Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for DENA' NENA' HENASH, INC.
d/b/a TANANA CHIEFS CONFERENCE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA IN FAIRBANKS

| | |
|---|---|
| DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, an Alaska non-profit corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>ORACLE CORPORATION, a Delaware corporation,<br><br>                    Defendant. | Case No. 4:06-CV-00006 RRB<br><br>[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS OR TRANSFER |

Upon consideration of Defendant's Motion to Dismiss or Transfer for Improper Venue or, in the Alternative, to Dismiss for Failure to State a Claim ("Defendant's Motion") and the opposition thereto, the Court hereby denies Defendant's Motion.

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

DATED this ___ day of _____, 2006.

By: _____
    The Honorable Ralph R. Beistline

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of September, 2006, a true and correct copy of this document was served on:

| | | |
|---|---|---|
| David E. Garrett | Geoffrey Howard | Jeffrey Feldman |
| 500 Oracle Parkway, MS 5op7 | Bingham McCutchen | Feldman Orlansky & Sanders |
| Redwood City, CA  94065 | Three Embarcadero Center | 500 L Street, Suite 400 |
| | San Francisco, CA  94111 | Anchorage, AK  99501 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By:    /s/ Jahna M. Lindemuth
      Jahna M. Lindemuth, ABA #9711068
      Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK  99501
(907) 276-4557

ORDER DENYING MOTION TO DISMISS          Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs
                                                                      Conference v. Oracle Corporation
Page 2                                                                                                        Case No. 4:06-CV-00006 RRB