09/22/2006 11:57 IFAX faxl.center → Fax Central ☒002/004
SEP-22-2006 07:45 From:TANANA CHIEFS CONF 9074593850 To:6123402868 P.2/4
Case 4:06-cv-00006-RRB   Document 30   Filed 09/22/2006   Page 1 of 3

Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Peter W. Sipkins, MBA #101541
Paul R. Dieseth, MBA #166881
DORSEY & WHITNEY LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498
(612) 340-2600
Admitted Pro Hac Vice

Attorneys for DENA' NENA' HENASH, INC.
d/b/a TANANA CHIEFS CONFERENCE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, an Alaska non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ORACLE CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 4:06-CV-00006 RRB<br><br>DECLARATION OF LLOYD ALLEN IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR TRANSFER FOR IMPROPER VENUE OR, IN THE ALTERNATIVE TO DISMISS FOR FAILURE TO STATE A CLAIM |

STATE OF ALASKA            )
                           ) §§
FAIRBANKS NORTH STAR BOROUGH )

SEP-22-2006 07:46 From:TANANA CHIEFS CONF 9074593850 To:6123402868 P.3/4
Case 4:06-cv-00006-RRB    Document 30    Filed 09/22/2006    Page 2 of 3

I, Lloyd Allen, hereby declare as follows:

1. I am the Chief Financial Officer for Dena' Nena' Henash, Inc., d/b/a/ Tanana Chiefs Conference ("TCC") and am responsible for supervising the implementation of the Oracle software system at TCC.

2. None of the missing functionality alleged in the First Amended Complaint was resolved by the repair of licensed software or the licensing of additional software. In each case, the lack of functionality was resolved by the application of consulting services.

3. Because TCC needed the software in 2004 to run elements of its operations, it was forced to begin using the software long before it was fully ready. TCC has struggled with a crippled software system ever since, and is only slowly improving the functionality of the software as additional elements of the implementation process are completed.

4. I declare under penalty of perjury that the foregoing is correct.

By: _____
Lloyd Allen

WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

DECLARATION OF LLOYD ALLEN

Page 2

Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs
Conference v. Oracle Corporation
Case No. 4:06-CV-00006 RRB

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of September, 2006, a true and correct copy of this document was served on:

| | | |
|---|---|---|
| David E. Garrett | Geoffrey Howard | Jeffrey Feldman |
| 500 Oracle Parkway, MS 5op7 | Bingham McCutchen | Feldman Orlansky & Sanders |
| Redwood City, CA  94065 | Three Embarcadero Center | 500 L Street, Suite 400 |
| | San Francisco, CA  94111 | Anchorage, AK  99501 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By:     /s/ Jahna M. Lindemuth
        Jahna M. Lindemuth, ABA #9711068
        Dorsey & Whitney, LLP

**DORSEY &
WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

DECLARATION OF LLOYD ALLEN

Page 3

Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs
Conference v. Oracle Corporation
Case No. 4:06-CV-00006 RRB