Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for DENA' NENA' HENASH, INC.
d/b/a TANANA CHIEFS CONFERENCE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, an Alaska non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ORACLE CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 4:06-CV-00006 RRB<br><br>DECLARATION OF JESSE FOGLEBOCH IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR TRANSFER FOR IMPROPER VENUE OR, IN THE ALTERNATIVE TO DISMISS FOR FAILURE TO STATE A CLAIM |

STATE OF CALIFORNIA )
                    ) §§
COUNTY OF ORANGE    )

I, Jesse Fogleboch, hereby declare as follows:

1. In the time period during which Dena' Nena' Henash, Inc., d/b/a/ Tanana Chiefs Conference ("TCC") was soliciting proposals from software vendors and otherwise engaged in the selection of both software and related implementation

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

services, I was TCC's Acting Chief Information Officer.

2. In October 2003, TCC issued a Request for Proposal to several software vendors, seeking to find a replacement for its antiquated software system.

3. On November 20, 2003, Oracle Corporation ("Oracle") responded to TCC's Request for Proposal. Oracle's written response was sent to TCC's principal office at 122 First Avenue, Suite 600, Fairbanks, Alaska.

4. After reviewing Oracle's written proposal, TCC selected Oracle from several competing software vendors to provide and implement its new software system. Following receipt of Oracle's written proposal, TCC and Oracle engaged in contract negotiations, which ultimately resulted in the execution of the License Agreement and the Services Agreement. I was one of TCC's principal representative in those negotiations.

5. Although Oracle made several requests of TCC to travel to California, at no time did any representative from TCC leave Alaska in connection with contract negotiations. Instead, representatives from Oracle made three separate visits to TCC's offices in Alaska prior to the execution of the License Agreement and the Services Agreement.

6. TCC executed the License Agreement and the Services Agreement in Alaska.

7. I declare under penalty of perjury that the foregoing is correct.

By: _____
Jesse Fogleboch

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

DECLARATION OF JESSE FOGLEBOCH

Page 2

Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs
Conference v. Oracle Corporation
Case No. 4:06-CV-00006 RRB

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of September, 2006, a true and correct copy of this document was served on:

| | | |
|---|---|---|
| David E. Garrett | Geoffrey Howard | Jeffrey Feldman |
| 500 Oracle Parkway, MS 5op7 | Bingham McCutchen | Feldman Orlansky & Sanders |
| Redwood City, CA  94065 | Three Embarcadero Center | 500 L Street, Suite 400 |
| | San Francisco, CA  94111 | Anchorage, AK  99501 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.


By:    /s/ Jahna M. Lindemuth
       Jahna M. Lindemuth, ABA #9711068
       Dorsey & Whitney, LLP

**DORSEY &
WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

DECLARATION OF JESSE FOGLEBOCH

Page 3

Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs
Conference v. Oracle Corporation
Case No. 4:06-CV-00006 RRB