Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for DENA' NENA' HENASH, INC.
d/b/a TANANA CHIEFS CONFERENCE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA IN FAIRBANKS

| | |
|---|---|
| DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, an Alaska non-profit corporation,<br><br>                    Plaintiff,<br>vs.<br><br>ORACLE CORPORATION, a Delaware corporation,<br><br>                    Defendant. | Case No. 4:06-CV-00006 RRB<br><br>REQUEST FOR ORAL ARGUMENT |

  Plaintiff Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs Conference, by and through the undersigned counsel, hereby requests oral argument on Defendant's Motion to Dismiss or Transfer for Improper Venue or, in the Alternative, to Dismiss for Failure to State a Claim, which is presently before this Court.

DATED this 22nd day of September, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP


By:   /s/ Jahna M. Lindemuth
    Jahna M. Lindemuth, ABA #9711068
    DORSEY & WHITNEY LLP
    1031 West Fourth Avenue, Suite 600
    Anchorage, Alaska 99501-5907
    lindemuth.jahna@dorsey.com


    Peter W. Sipkins (Minn. Bar #101541)
    Paul R. Dieseth (Minn. Bar #166881)
    DORSEY & WHITNEY LLP
    Suite 1500
    50 South Sixth Street
    Minneapolis, Minnesota 55402-1498
    sipkins.peter@dorsey.com


<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 22nd day of September, 2006, a true and correct copy of this document was served on:

| David E. Garrett | Geoffrey Howard | Jeffrey Feldman |
|---|---|---|
| 500 Oracle Parkway, MS 5op7 | Bingham McCutchen | Feldman Orlansky & Sanders |
| Redwood City, CA 94065 | Three Embarcadero Center | 500 L Street, Suite 400 |
|  | San Francisco, CA 94111 | Anchorage, AK 99501 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.


By:   /s/ Jahna M. Lindemuth
    Jahna M. Lindemuth, ABA #9711068
    Dorsey & Whitney, LLP

**DORSEY &
WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

REQUEST FOR ORAL ARGUMENT      Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs
    Conference v. Oracle Corporation
Page 2      Case No. 4:06-CV-00006 RRB