Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for DENA' NENA' HENASH, INC.
d/b/a TANANA CHIEFS CONFERENCE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA IN FAIRBANKS

| | |
|---|---|
| DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, an Alaska non-profit corporation,<br><br>Plaintiff,<br>vs.<br><br>ORACLE CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 4:06-CV-00006 RRB<br><br><br>ORDER SETTING ORAL ARGUMENT |

    Oral argument on Defendant's Motion to Dismiss or Transfer for Improper Venue or, in the Alternative, to Dismiss for Failure to State a Claim is hereby set for the ____ day of _____, 2006, beginning at _____ a.m./p.m.  Each party will have ___ minutes to present their argument.

DATED this ___ day of _____, 2006.

By: _____
The Honorable Ralph R. Beistline

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of September, 2006, a true and correct copy of this document was served on:

| David E. Garrett | Geoffrey Howard | Jeffrey Feldman |
|---|---|---|
| 500 Oracle Parkway, MS 5op7 | Bingham McCutchen | Feldman Orlansky & Sanders |
| Redwood City, CA  94065 | Three Embarcadero Center | 500 L Street, Suite 400 |
|  | San Francisco, CA  94111 | Anchorage, AK  99501 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By:      /s/ Jahna M. Lindemuth
Jahna M. Lindemuth, ABA #9711068
Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ORDER SETTING ORAL ARGUMENT                                     Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs
                                                                                                   Conference v. Oracle Corporation
Page 2                                                                                          Case No. 4:06-CV-00006 RRB
4812-0077-7473\1 9/22/2006 3:18 PM