APPENDIX
INDEX OF OUT-OF-STATE AUTHORITIES

CASES                                                                                                               TAB

*C&K Engineering Contractors v. Amber Steel Co.*, 23 Cal 3d 1 (1978)........................................1

*Big Island Yacht Sales, Inc. v. Dowty*, 848 F. Supp. 131 (1993)....................................................2


OTHER AUTHORITIES

RESTATEMENT (SECOND) OF CONFLICT OF LAWS SECTION § 187 Comments e & f........................3

RESTATEMENT (SECOND) OF CONFLICT OF LAWS SECTION § 188(2)................................................4