Jeffrey M. Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK 99501
Telephone:     (907) 272-3538
Facsimile:     (907) 274-0819
Email:         feldman@frozenlaw.com

Geoffrey M. Howard (California Bar No. 157468)
Sivan Gai (California Bar No. 224152)
Abigail L. Ramsden (California Bar No. 239544)
BINGHAM MCCUTCHEN
*(Admitted Pro Hac Vice)*
3 Embarcadero Center
San Francisco, CA 94111
Telephone:     (415) 393-2485
Facsimile:     (415) 393-2286
Email:         geoff.howard@bingham.com
               sivan.gai@bingham.com
               abigail.ramsden@bingham.com

David E. Garrett (California Bar No. 190923)
ORACLE USA, INC.
*(Admitted Pro Hac Vice)*
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:     (650) 506-4366
Facsimile:     (650) 506-7114
Email:         dave.garrett@oracle.com

*Attorneys for Defendant Oracle USA, Inc., a Delaware Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | | |
|---|---|---|
| DENA'NENA'HENASH, INC. d/b/a | ) | |
| TANANA CHIEFS CONFERENCE, | ) | |
| An Alaska non-profit corporation, | ) | Case No. 4:06-cv-00006 RRB |
| | ) | |
| Plaintiff, | ) | **REQUEST FOR ORAL ARGUMENT** |
| v. | ) | |
| ORACLE CORPORATION, a | ) | |
| Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Oracle USA, through the undersigned counsel, requests oral argument

under Local Rule 7.2 on Defendant's Motion to Dismiss or Transfer for Improper Venue or, in

the Alternative, to Dismiss for Failure to State a Claim, which is presently before this Court.

Dated this 16th day of October, 2006.

Abigail L. Ramsden
Geoffrey M. Howard
Sivan Gai
BINGHAM MCCUTCHEN

David E. Garrett
ORACLE USA, INC.

Jeffrey M. Feldman
FELDMAN ORLANSKY & SANDERS

By: s/ Jeffrey M. Feldman
Jeffrey M. Feldman
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:    (907) 272-3538
Facsimile:    (907) 274-0819
Email:    feldman@frozenlaw.com
[Alaska Bar No. 7605029]

Attorneys for Defendant
Oracle USA, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of October, 2006, copies of this document were served electronically on: Jahna M. Lindemuth, Paul Dieseth, Peter Sipkins, Abigal L. Ramsden, Geoffrey M. Howard, Sivan Gai and mailed to David E. Garrett.

s/ Jeffrey M. Feldman