Jeffrey M. Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK 99501
Telephone:      (907) 272-3538
Facsimile:      (907) 274-0819
Email:          feldman@frozenlaw.com

Geoffrey M. Howard (California Bar No. 157468)
Sivan Gai (California Bar No. 224152)
Abigail L. Ramsden (California Bar No. 239544)
BINGHAM MCCUTCHEN
*(Admitted Pro Hac Vice)*
3 Embarcadero Center
San Francisco, CA 94111
Telephone:      (415) 393-2485
Facsimile:      (415) 393-2286
Email:          geoff.howard@bingham.com
                sivan.gai@bingham.com
                abigail.ramsden@bingham.com

David E. Garrett (California Bar No. 190923)
ORACLE USA, INC.
*(Admitted Pro Hac Vice)*
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:      (650) 506-4366
Facsimile:      (650) 506-7114
Email:          dave.garrett@oracle.com

*Attorneys for Defendant Oracle USA, Inc., a Delaware Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | | |
|---|---|---|
| DENA'NENA'HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, An Alaska non-profit corporation, | ) ) ) | |
| | ) | Case No. 4:06-cv-00006 RRB |
| Plaintiff, | ) | **ORDER SETTING ORAL ARGUMENT** |
| v. | ) | |
| ORACLE CORPORATION, a Delaware Corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

Oral argument on Defendant's Motion to Dismiss or Transfer for Improper Venue or, in the Alternative, to Dismiss for Failure to State a Claim is hereby set for the _____ day of _____, 2006, beginning at _____. Each party will have _____ minutes to present its argument.

ENTERED this _____ day of _____, 2006.

_____
The Honorable Ralph R. Beistline
United States District Court Judge

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 16th day of October, 2006, copies of this document were served electronically on: Jahna M. Lindemuth, Paul Dieseth, Peter Sipkins, Abigal L. Ramsden, Geoffrey M. Howard, Sivan Gai and mailed to David E. Garrett.

s/ Jeffrey M. Feldman_____