UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  DENA'NENA'HENASH   v.   ORACLE CORP.

DATE:   November 8, 2006   CASE NO.   4:06-CV-0006-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                **SCHEDULING ORAL ARGUMENT**

---

Oral argument (1 hour) will be held on **Wednesday, December 6, 2006, at 8:30 a.m., Alaska Time**, in Courtroom 2 in Anchorage, Alaska, on Defendant's Motion to Dismiss or Transfer at Docket 24. Counsel may attend telephonically by contacting Carolyn Bollman at 907-451-5791, at least 2 working days prior to the hearing, to make appropriate arrangements.

M.O. SCHEDULING ORAL ARGUMENT