Jeffrey M. Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK 99501
Telephone:     (907) 272-3538
Facsimile:     (907) 274-0819
Email:         feldman@frozenlaw.com

Geoffrey M. Howard (California Bar No. 157468)
Sivan Gai (California Bar No. 224152)
Abigail L. Ramsden (California Bar No. 239544)
BINGHAM MCCUTCHEN
*(Admitted Pro Hac Vice)*
3 Embarcadero Center
San Francisco, CA 94111
Telephone:     (415) 393-2485
Facsimile:     (415) 393-2286
Email:         geoff.howard@bingham.com
               sivan.gai@bingham.com
               abigail.ramsden@bingham.com

David E. Garrett (California Bar No. 190923)
ORACLE USA, INC.
*(Admitted Pro Hac Vice)*
M/S 5op7
Redwood City, CA 94070
Telephone:     (650) 506-4366
Facsimile:     (650) 506-7114
Email:         dave.garrett@oracle.com

*Attorneys for Defendant Oracle Corporation, a Delaware Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | | |
|---|---|---|
| DENA'NENA'HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, An Alaska non-profit corporation, | ) ) ) ) | Case No. 4:06-cv-00006 RRB |
| Plaintiff, | ) ) | |
| v. | ) | **REQUEST FOR TELEPHONIC** |
| ORACLE CORPORATION, a Delaware Corporation, | ) ) ) | **SCHEDULING CONFERENCE TO RESET ORAL ARGUMENT** |
| Defendant. | ) ) | |
| _____ | ) | |

Request for Telephonic Scheduling Conference to Reset Oral Argument
*Dena'Nena'Henash, Inc., et al v. Oracle Corporation, et al*
Case No. 4:06-cv-00006 RRB                                           Page 1 of 3

Defendant Oracle USA, through the undersigned counsel, requests that the court schedule a telephonic conference for the purpose of resetting the oral argument on the defendant's Motion to Dismiss filed in this matter.

The court recently issued an order scheduling oral argument for Wednesday, December 6 at 8:30 a.m. Lead counsel for the defendant has an existing commitment on that date. Because lead counsel for both the plaintiff and the defendant reside out of state, it would be helpful if the court held a brief telephonic scheduling conference to allow a new date for the argument to be selected that is convenient for the court and for all counsel.

Counsel for the plaintiff has been contacted and has requested, because of his travel schedule, that the scheduling conference be set for Monday, November 13, 2006, if possible. Counsel for plaintiff will be traveling and unavailable for the remainder of next week.

The parties also wish to advise the court that all counsel are available for argument on the motion to dismiss during the week of December 11 and, therefore, if the court can set the matter for a hearing during that week, the telephonic scheduling conference is not required.

Dated this 9th day of November, 2006.

    Abigail L. Ramsden
    Geoffrey M. Howard
    Sivan Gai
    BINGHAM MCCUTCHEN

    David E. Garrett
    ORACLE USA, INC.

    Jeffrey M. Feldman
    FELDMAN ORLANSKY & SANDERS

By: s/ Jeffrey M. Feldman
    Jeffrey M. Feldman
    FELDMAN ORLANSKY & SANDERS
    500 L Street, Suite 400
    Anchorage, Alaska 99501

Request for Telephonic Scheduling Conference to Reset Oral Argument
*Dena'Nena'Henash, Inc., et al v. Oracle Corporation, et al*
Case No. 4:06-cv-00006 RRB    Page 2 of 3

Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:   feldman@frozenlaw.com
[Alaska Bar No. 7605029]

Attorneys for Defendant
Oracle USA, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2006, copies of this document were served electronically on: Jahna M. Lindemuth, Paul Dieseth, Peter Sipkins, Abigal L. Ramsden, Geoffrey M. Howard, Sivan Gai and mailed to David E. Garrett.

s/ Jeffrey M. Feldman

Request for Telephonic Scheduling Conference to Reset Oral Argument
*Dena'Nena'Henash, Inc., et al v. Oracle Corporation, et al*
Case No. 4:06-cv-00006 RRB                                                         Page 3 of 3