Jeffrey M. Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
Email: feldman@frozenlaw.com

Geoffrey M. Howard (California Bar No. 157468)
Sivan Gai (California Bar No. 224152)
Abigail L. Ramsden (California Bar No. 239544)
BINGHAM MCCUTCHEN
*(Admitted Pro Hac Vice)*
3 Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 393-2485
Facsimile: (415) 393-2286
Email: geoff.howard@bingham.com
sivan.gai@bingham.com
abigail.ramsden@bingham.com

David E. Garrett (California Bar No. 190923)
ORACLE USA, INC.
*(Admitted Pro Hac Vice)*
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4366
Facsimile: (650) 506-7114
Email: dave.garrett@oracle.com

*Attorneys for Defendant Oracle Corporation, a Delaware Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| DENA'NENA'HENASH, INC. d/b/a )<br>TANANA CHIEFS CONFERENCE, )<br>An Alaska non-profit corporation, )<br>)<br>Plaintiff, )<br>v. )<br>ORACLE CORPORATION, a )<br>Delaware Corporation, )<br>)<br>Defendant. )<br>_____ ) | Case No. 4:06-cv-00006 RRB<br>**[PROPOSED]**<br>**ORDER RESCHEDULING ORAL ARGUMENT OR SETTING TELEPHONIC SCHEDULING CONFERENCE TO RESET ORAL ARGUMENT** |

Order Rescheduling Oral Argument or Setting Telephonic Scheduling Conference to Reset Oral Argument
*Dena'Nena'Henash, Inc., et al v. Oracle Corporation, et al*
Case No. 4:06-cv-00006 RRB                                                                        Page 1 of 2

The oral argument on Defendant's Motion to Dismiss or Transfer previously set for December 6, 2006, at 8:30 a.m. is rescheduled to the week of December 11, 2006, specifically December \_\_\_\_, 2006 at _____ a.m./p.m.

**OR**

A telephonic scheduling conference is hereby set for the \_\_\_\_ day of _____, 2006, at _____ a.m./p.m.

ENTERED this _____ day of _____, 2006.

                                      The Honorable Ralph R. Beistline
                                      United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2006, copies of this document were served electronically on: Jahna M. Lindemuth, Paul Dieseth, Peter Sipkins, Abigal L. Ramsden, Geoffrey M. Howard, Sivan Gai and mailed to David E. Garrett.

s/ Jeffrey M. Feldman

Order Rescheduling Oral Argument or Setting Telephonic Scheduling Conference to Reset Oral Argument
*Dena'Nena'Henash, Inc., et al v. Oracle Corporation, et al*
Case No. 4:06-cv-00006 RRB                                                                                      Page 2 of 2