Jeffrey M. Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK 99501
Telephone:     (907) 272-3538
Facsimile:     (907) 274-0819
Email:         feldman@frozenlaw.com

Geoffrey M. Howard (California Bar No. 157468)
Sivan Gai (California Bar No. 224152)
Abigail L. Ramsden (California Bar No. 239544)
BINGHAM MCCUTCHEN
*(Admitted Pro Hac Vice)*
3 Embarcadero Center
San Francisco, CA 94111
Telephone:     (415) 393-2485
Facsimile:     (415) 393-2286
Email:         geoff.howard@bingham.com
               sivan.gai@bingham.com
               abigail.ramsden@bingham.com

David E. Garrett (California Bar No. 190923)
ORACLE USA, INC.
*(Admitted Pro Hac Vice)*
M/S 5op7
Redwood City, CA 94070
Telephone:     (650) 506-4366
Facsimile:     (650) 506-7114
Email:         dave.garrett@oracle.com

*Attorneys for Defendant Oracle Corporation, a Delaware Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| DENA'NENA'HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, An Alaska non-profit corporation, )<br><br>Plaintiff, )<br>v. )<br>ORACLE CORPORATION, a Delaware Corporation, )<br><br>Defendant. ) | Case No. 4:06-cv-00006 RRB<br>[PROPOSED]<br>**ORDER RESCHEDULING ORAL ARGUMENT OR SETTING TELEPHONIC SCHEDULING CONFERENCE TO RESET ORAL ARGUMENT** |

Order Rescheduling Oral Argument or Setting Telephonic Scheduling Conference to Reset Oral Argument
*Dena'Nena'Henash, Inc., et al v. Oracle Corporation, et al*
Case No. 4:06-cv-00006 RRB                                                                      Page 1 of 2

The oral argument on Defendant's Motion to Dismiss or Transfer previously set for December 6, 2006, at 8:30 a.m. is rescheduled to the week of December 11, 2006, specifically December 14, 2006 at 8:30 a.m./p.m.

**OR**

A telephonic scheduling conference is hereby set for the ____ day of _____, 2006, at _____ a.m./p.m.

ENTERED this _____ day of _____, 2006.

s/ RRB
The Honorable Ralph R. Beistline
United States District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2006, copies of this document were served electronically on: Jahna M. Lindemuth, Paul Dieseth, Peter Sipkins, Abigal L. Ramsden, Geoffrey M. Howard, Sivan Gai and mailed to David E. Garrett.

s/ Jeffrey M. Feldman

Order Rescheduling Oral Argument or Setting Telephonic Scheduling Conference to Reset Oral Argument
*Dena'Nena'Henash, Inc., et al v. Oracle Corporation, et al*
Case No. 4:06-cv-00006 RRB                                                                 Page 2 of 2