Jeffrey M. Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK 99501
Telephone:     (907) 272-3538
Facsimile:     (907) 274-0819
Email:         feldman@frozenlaw.com

Geoffrey M. Howard (California Bar No. 157468)
Sivan Gai (California Bar No. 224152)
Abigail L. Ramsden (California Bar No. 239544)
BINGHAM MCCUTCHEN
*(Admitted Pro Hac Vice)*
3 Embarcadero Center
San Francisco, CA 94111
Telephone:     (415) 393-2485
Facsimile:     (415) 393-2286
Email:         geoff.howard@bingham.com
               sivan.gai@bingham.com
               abigail.ramsden@bingham.com

David E. Garrett (California Bar No. 190923)
ORACLE USA, INC.
*(Admitted Pro Hac Vice)*
M/S 5op7
Redwood City, CA 94070
Telephone:     (650) 506-4366
Facsimile:     (650) 506-7114
Email:         dave.garrett@oracle.com

*Attorneys for Defendant Oracle USA, Inc., a Delaware Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| DENA'NENA'HENASH, INC. d/b/a )<br>TANANA CHIEFS CONFERENCE, )<br>An Alaska non-profit corporation, )<br>)<br>    Plaintiff, )<br>   v. )<br>ORACLE CORPORATION, a )<br>Delaware Corporation, )<br>)<br>    Defendant. )<br>_____ ) | Case No. 4:06-cv-00006 RRB<br><br>**NOTICE OF INTENT TO USE DIGITAL<br>EVIDENCE PRESENTATION SYSTEM** |

## NOTICE OF INTENT TO USE DIGITAL EVIDENCE PRESENTATION SYSTEM

To all parties of record:

Defendant, Oracle Corporation, through its counsel of record, hereby gives notice that co-counsel Geoffrey M. Howard intends to use the Digital Evidence Presentation System ("DEPS") during oral argument set in this matter for Thursday, December 14, 2006 at 8:30 a.m., before Judge Ralph R. Beistline.

Dated this 4th day of December, 2006.

        Abigal L. Ramsden
        Geoffrey M. Howard
        Sivan Gai
        BINGHAM MCCUTCHEN

        David E. Garrett
        ORACLE USA, INC.

        Jeffrey M. Feldman
        FELDMAN ORLANSKY & SANDERS

By: s/ Jeffrey M. Feldman
    Jeffrey M. Feldman
    FELDMAN ORLANSKY & SANDERS
    500 L Street, Suite 400
    Anchorage, Alaska 99501
    Telephone:   (907) 272-3538
    Facsimile:    (907) 274-0819
    Email:       feldman@frozenlaw.com
    [Alaska Bar No. 7605029]

    Attorneys for Defendant
    Oracle USA, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of November, 2006, a copy of defendant's Notice of Intent to Use PowerPoint was served electronically on: Jahna M. Lindemuth, Paul Dieseth, Peter Sipkins, Abigail L. Ramsden, Geoffrey M. Howard, Sivan Gai and David E. Garrett.

s/ Jeffrey M. Feldman