Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for DENA' NENA' HENASH, INC.
d/b/a TANANA CHIEFS CONFERENCE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA IN FAIRBANKS

| | |
|---|---|
| DENA' NENA' HENASH, INC. d/b/a TANANA CHIEFS CONFERENCE, an Alaska non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ORACLE CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 4:06-CV-00006 RRB<br><br>PLAINTIFF'S NOTICE OF INTENT TO USE DIGITAL EVIDENCE PRESENTATION SYSTEM |

Plaintiff Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs Conference, by and through the undersigned counsel, hereby gives notice that it intends to use the Digital Evidence Presentation System ("DEPS") during oral argument set for December 14, 2006, at 8:30 a.m. before The Honorable Ralph R. Beistline.

DATED this 8th day of December, 2006, at Anchorage, Alaska.

                                                      DORSEY & WHITNEY LLP

By:    /s/ Jahna M. Lindemuth
    Jahna M. Lindemuth, ABA #9711068
    DORSEY & WHITNEY LLP
    1031 West Fourth Avenue, Suite 600
    Anchorage, Alaska 99501-5907
    lindemuth.jahna@dorsey.com

    Peter W. Sipkins (Minn. Bar #101541)
    Paul R. Dieseth (Minn. Bar #166881)
    DORSEY & WHITNEY LLP
    Suite 1500
    50 South Sixth Street
    Minneapolis, Minnesota 55402-1498
    sipkins.peter@dorsey.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of December, 2006, a true and correct copy of the forgoing document was served on:

| David E. Garrett | Geoffrey Howard | Jeffrey Feldman |
| --- | --- | --- |
| 500 Oracle Parkway, MS 5op7 | Bingham McCutchen | Feldman Orlansky & Sanders |
| Redwood City, CA 94065 | Three Embarcadero Center | 500 L Street, Suite 400 |
| | San Francisco, CA 94111 | Anchorage, AK 99501 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By:    /s/ Jahna M. Lindemuth
    Jahna M. Lindemuth, ABA #9711068
    Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

NOTICE OF INTENT TO USE DIGITAL EVIDENCE          Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs
PRESENTATION SYSTEM                                                    Conference v. Oracle Corporation
Page 2                                                                                                       Case No. 4:06-CV-00006 RRB

4836-8964-9409\1 12/8/2006 1:41 PM