```
           MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

<u>DENA' NENA'HENASH INC d/b/a TANANA CHIEF'S CONFERENCE</u>
                              vs.
                     <u>ORACLE CORPORATION</u>

BEFORE THE HONORABLE   RALPH R. BEISTLINE
CASE NO.               4:06-CV-00006-RRB

DEPUTY CLERK/RECORDER:   CAROLINE EDMISTON

APPEARANCES:   PLAINTIFF:  JAHNA LINDEMUTH (LIN)
                           PETER SIPKINS (SIP)
                           MARK ANDREW (AND) TELEPHONIC

               DEFENDANT:  JEFFREY FELDMAN (FEL)
                           DAVID GARRETT (GAR)
                           GEOFFREY M. HOWARD (HOW)

PROCEEDINGS: ORAL ARGUMENT ON MOTION TO DISMISS Held 12/14/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 At 8:37 a.m. court convened.

Arguments heard.

Court heard; Oral Argument on Motion to Dismiss taken **UNDER ADVISEMENT;** written ruling to issue.

Court and counsel heard re proposed jury instructions, jurisdiction , amendments to the complaint, and trial by jury location.

At 9:33 a.m. court adjourned.

DATE:   December 14, 2006      DEPUTY CLERK'S INITIALS:    Ce