

PETER W. SIPKINS
(612) 343-7903
FAX (612) 340-2807
sipkins.peter@dorsey.com

December 28, 2006

**<u>VIA FEDERAL EXPRESS</u>**

The Honorable Ralph R. Beistline
USDC, District of Alaska at Anchorage
U.S. District Court
222 W. 7th Avenue, #4
Anchorage, AK 99513

    Re:    *Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs Conference v. Oracle Corporation*
             Court File No. 4:06-CV-00006 RRB

Dear Judge Beistline:

    The Court's December 15, 2006, Order provided that if Plaintiff did not file an Amended Complaint on or before January 8, 2007, the Court would transfer this action to the United States District Court for the Northern District of California. By this letter, Plaintiff Dena' Nena' Henash, Inc. d/b/a Tanana Chiefs Conference wishes to respectfully advise the Court and counsel for Defendant Oracle Corporation that Plaintiff will not be filing a Second Amended Complaint and that Plaintiff has no objection to the immediate transfer of this matter to the United States District Court for the Northern District of California.

                                            Very truly yours,

                                            Peter W. Sipkins

cc:    Geoffrey M. Howard, Esq. (via e-mail and U.S. Mail)
        Jeffrey M. Feldman, Esq. (via e-mail and U.S. Mail)
        Jahna Lindemuth, Esq. (via e-mail and pouch)
        Mark Andrews, Esq. (via e-mail and U.S. Mail)