# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>DENA' NENA' HENASH, INC. d/b/a Tanana Chiefs Conference</u>  v.  <u>ORACLE CORP.</u>

HONORABLE RALPH R. BEISTLINE

DATE: January 16, 2007                                      CASE NO. <u>4:06-cv-00006-RRB</u>

PROCEEDINGS:      **MINUTE ORDER FROM CHAMBERS**
**Re: Transfer of Case to the Northern District of California**

      At Docket No. 24 defendant Oracle Corporation filed a motion to dismiss, or in the alternative, transfer this case to the Northern District of California.

      At Docket No. 49 the Court entered an order granting plaintiff Dena' Nena' Henash, Inc. leave to file an amended complaint and, in the event that plaintiff failed to file an amended complaint by January 8, 2007, the case would be transferred to the Northern District of California.

      At Docket No. 50 plaintiff informed the Court that it would not be filing an amended complaint and had no objection to the transfer of this case to the Northern District of California.

      IT IS THEREFORE ORDERED THAT this case be, and the same hereby is, transferred to the United States District Court for the Northern District of California for all further proceedings.

      The Clerk of the Court is directed to transfer this case to the United States District Court for the Northern District of California.